

### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

#### WASHINGTON, D. C. 20001

**RECEIVED**

NOV 23 2009

SUPERIOR COURT

Date: 11-16-2009

The Honorable Nancy-Mayer-Whittington, Clerk
United States District Court for the District of Columbia
3rd and Constitution Avenue, Washington, D.C. 20001

*O/cv 3/5? HHK*

**In Re: David Lee Buess et. al. vs. United State dba Corporation et. al.**

**Civil Action Number 09ca7868**

Dear Ms. Mayer-Whittington:

Transmitted herewith are all of the pleadings filed in the above captioned case pursuant to a Petition for Removal Filed on November 16,009 consists of 1 volume(s). A certified copy of the docket entries is also enclosed.

Please acknowledge receipt of our file on the duplicate copy of this letter, and return it to this Court.

Sincerely,

Derrick Monroe, Branch Chief
Civil Actions Branch

By:

Filed
D.C. Superior Court
09 Nov 16 PC1:31
Clerk of Court

IN THE SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| DAVID LEE; BUESS and RODNEY DALE; CLASS, | ) ) ) |
| Plaintiff, | ) )   Civil Action No. )   2009 CA 0007868 B |
| v. | ) ) |
| UNITED STATES dba CORPORATION, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO THE CLERK OF THE SUPERIOR COURT OF THE DISTRICT OF
COLUMBIA:

Please take notice that on November 16, 2009, the United States filed in the United States

District Court for the District of Columbia a Notice of Removal in the above captioned

proceeding. A copy of the Notice of Removal is attached hereto.

DATE: November 16, 2009

/s/ Christopher W. Sanders
CHRISTOPHER W. SANDERS
YONATAN GELBLUM
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Phone/Fax: (202) 616-1840/514-6866
E-mail: christopher.w.sanders@usdoj.gov
D.C. Bar #: 981175

OF COUNSEL:
CHANNING D. PHILLIPS
Acting United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF FILING OF NOTICE OF

REMOVAL was served upon the following on the 16th day of November, 2009, by

depositing a copy thereof in the United States mail, postage prepaid, addressed as

follows:

David Lee Buess
22014 Delaware Township Rd 184
Arlington, OH 45814

Rodney Dale Class
P.O. Box 435
High Shoals, NC 28077

Richard Cordray
Attorney General - Ohio
30 E. Broad Street, 17th Floor
Columbus, OH 43215

Reginald J. Routson
300 South Main Street
Findlay, OH 45840

Roy Cooper
Attorney General - North Carolina
9001 Mail Service Center
Raleigh, NC 27699

Gaston County Tax Department
P.O. Box 1578
Gastonia, NC 28053

/s/ Christopher W. Sanders
CHRISTOPHER W. SANDERS

- 2 -

| Case Number | Status | | Judge |
|---|---|---|---|
| 2009 CA 007868 B | Closed | | HOLEMAN, BRIAN F |

| In The Matter Of | | | Action |
|---|---|---|---|
| BUESS, DAVID LEE et al  Vs. UNITED STATES et al | | | Complaint for Fraud Filed |

| Party | | Attorneys | |
|---|---|---|---|
| BUESS, DAVID LEE | PLNTF | PRO SE | |
| UNITED STATES CORPORATION | DFNDT DBA | | |
| DALE; CLASS, RODNEY | PLNTF | PRO SE | |
| DEPARTMENT OF IRS CORPORATION | DFNDT DBA | | |
| FRANCHISE CORPORATION STATE OF OHIO CORPORATION | DFNDT DBA | | |
| ROUTSON, REGINALD J. | DFNDT | | |
| STATE OF NORTH CAROLINA CORPORATION | DFNDT DBA | | |
| GASTON COUNTY CORPORATION | DFNDT DBA | | |

| Opened | Disposed | Case Type |
|---|---|---|
| 10/22/2009 | Notice of Removal To USDC | Civil II |

Comments:

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr      Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 10/22/09 | Complaint for Fraud Filed  Receipt: 148489 Date: 10/22/2009 | 120.00 | 0.00 |
| 2 | 10/22/09 | Event Scheduled Event: Initial Scheduling Conference-60 Date: 01/29/2010     Time: 9:30 am Judge: IRVING Jr, ALFRED S     Location: Courtroom A-47 | 0.00 | 0.00 |
| 3 | 10/23/09 | Issue Date:  10/23/2009 Service:  Summons Issued Method:  Service Issued Cost Per:  $ | 0.00 | 0.00 |

UNITED STATES
Law Firm Eric Holder
950 Pennsylvania Avenue, N.W.
WASHINGTON, DC   20053
Tracking No: 5000071645

DEPARTMENT OF IRS
Department of the Treasury
Internal Revenue Service



A TRUE COPY
TEST: 11-19-09
Clerk, Superior Court of
the District of Columbia
By

CRTR5925                                    Summary

2009 CA 007868 B    BUESS, DAVID LEE et al  Vs. UNITED STATES et al

                    WASHINGTON, DC   20224
                    Tracking No: 5000071646


                    FRANCHISE CORPORATION STATE OF OHIO
                    Law Firm Richard Cordray
                    30 E. Broad Street, 17th Floor
                    COLUMBUS, OH   43215
                    Tracking No: 5000071647


                    ROUTSON, REGINALD J.
                    Employee of Corporation
                    300 South Main Street
                    FINDLAY, OH   45840
                    Tracking No: 5000071648


                    STATE OF NORTH CAROLINA
                    Law Firm Roy Cooper
                    9001 Mail Service Center
                    RALEIGH, NC   27699
                    Tracking No: 5000071649


                    GASTON COUNTY
                    Employee of Corporation Tax Department
                    P.O. Box 1578
                    GASTONIA, NC   28053
                    Tracking No: 5000071650

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|-----------------------------------------------------------------------------|----------------------------------|-------------|
| 4 | 11/03/09 | Motion for Emergency  Injunction Filed<br>Attorney: PRO SE (999999)  Receipt: 149621<br>Date: 11/05/2009 | 20.00 | 0.00 |
| 5 | 11/03/09 | Motion to Clarify the Language to be Use<br>Filed:<br>Attorney: PRO SE (999999)  Receipt: 149620<br>Date: 11/05/2009 | 20.00 | 0.00 |
| 6 | 11/03/09 | Notice to the Court Filed<br>Attorney: PRO SE (999999)<br>DAVID LEE BUESS (PLAINTIFF); RODNEY DALE;<br>CLASS (PLAINTIFF); | 0.00 | 0.00 |
| 7 | 11/16/09 | Case Assigned to Judge<br>The judge was changed from IRVING Jr,<br>ALFRED S to HOLEMAN, BRIAN F | 0.00 | 0.00 |

CRTR5925                                    Summary

2009 CA 007868 B    BUESS, DAVID LEE et al  Vs. UNITED STATES et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr       Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|---|---|---|
| 8  | 11/16/09 | ORDERED that the above-captioned case is transferred from Calendar 8 (Judge Irving) to Calendar 6 (Judge Holeman).  It is FURTHER ORDERED that the Initial Scheduling conference before the Honorable alfred s. Irving, Jr. Scheduled for January 29, 2010 at 9:30 a.m. is CANCELLED.   It is FURTHER ORDERED that this matter is set for an Initial Scheduling conference before Judge Holeman on January 22, 2010 at 9:30 a.m. in Courtroom 49, Building A. Judge Holeman is free to change or cancel the date. Order signed by Judge Duncan-Peters, 13th day of November, 2009, entered on the docket, efiled, eserved November 16, 2009. rm | 0.00 | 0.00 |
| 9  | 11/16/09 | Event Resulted:<br>The following event: Initial Scheduling Conference-60 scheduled for 01/29/2010 at 9:30 am has been resulted as follows:<br><br>Result: Event Cancelled<br>Judge: HOLEMAN, BRIAN F     Location: Courtroom A-49 | 0.00 | 0.00 |
| 10 | 11/16/09 | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 01/22/2010     Time: 9:30 am<br>Judge: HOLEMAN, BRIAN F     Location: Courtroom A-49 | 0.00 | 0.00 |
| 11 | 11/16/09 | Notice of Filing of Notice of Removal Filed. Submitted 11/16/2009 13:31. ajm<br>Attorney: SANDERS, CHRISTOPHER W (981175)<br>UNITED STATES (Defendant); | 0.00 | 0.00 |
| 12 | 11/16/09 | Order Sua Sponte to/for: Ordered that the above-captioned case is transferred from Calendar 8 (Judge Irving) to Calendar 6 (Judge Holeman. It is Further Ordered that the Scheduling Conference before Judge Irving, scheduled for January 29, 2010 at 9:30 is Cancelled. It is Further Ordered that this matter is set for an Initial Scheduling Conference before Judge Holeman on 1/22/10 at 9:30am in Courtroom 49, Building A Judge Holeman is free to change or cancel the date Entered on Docket. Submitted 11/16/2009 11:32. jmv. Signed by Judge Duncan-Peters on 11/13/09. | 0.00 | 0.00 |

CRTR5925                                    Summary

2009 CA 007868 B    BUESS, DAVID LEE et al  Vs. UNITED STATES et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|-----|---------|-------------------------------------------------------------|-------------------|-------------|
| 13 | 11/16/09 | Proof of Service to Order Sua Sponte<br>to/for: Ordered that the above-captioned<br>case is transferred from Calendar 8 (Judge<br>Irving) to Calendar 6 (Judge Holeman. It<br>is Further Ordered that the Scheduling<br>Conference before Judge Irving, scheduled<br>for January 29, 2010 at 9:30 is Cancelled.<br>It is Further Ordered that this matter is<br>set for an Initial Scheduling Conference<br>before Judge Holeman on 1/22/10 at 9:30am<br>in Courtroom 49, Building A Judge Holeman<br>is free to change or cancel the date<br>Entered on Docket. Submitted 11/16/2009<br>11:32. jmv. Signed by Judge Duncan-Peters<br>on 11/13/09. | 0.00 | 0.00 |
| 14 | 11/16/09 | Notice of Removal to USDC for the District<br>of Columbia # | 0.00 | 0.00 |
| 15 | 11/16/09 | Event Resulted:<br>The following event: Initial Scheduling<br>Conference-60 scheduled for 01/22/2010 at<br>9:30 am has been resulted as follows:<br><br>Result: Event Not Held Case Dismissed<br>Judge: HOLEMAN, BRIAN F    Location:<br>Courtroom A-49 | 0.00 | 0.00 |
| 16 | 11/19/09 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Removal<br>Sent on:  11/19/2009  11:11:29 | 0.00 | 0.00 |

|  | Totals By:  Cost | 160.00 | 0.00 |
|--|------------------|--------|------|
|  | Information | 0.00 | 0.00 |

*** End of Report ***

Superior Court District of Columbia
Civil Division
Washington, D.C .



David Lee; Buess
Private Attorney General
22014 Delaware Township Road 184
Arlington, Ohio  [45814]

Rodney Dale; Class
Private Attorney General
P.O. Box 435
High Shoals., North Carolina [28077]

CASE # 0007868-09

 Petitioners

 Vs

Judge_____

Date_____

UNITED STATES dba CORPORATION
LAW FIRM ERIC HOLDER
950 Pennsylvania Avenue, NW
Washington, DC 2053

**FILED**
CIVIL ACTIONS BRANCH
OCT 2 2 2009
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

Department of IRS dba Corporation
DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

Franchise Corporation
**STATE OF OHIO dba Corporation**
LAW FIRM  RICHARD CORDRAY
30 E. BROAD ST., 17th FLOOR
Columbus, OH 43215

Employee of Corporation
REGINALD J. ROUTSON
300 SOUTH  MAIN STREET
FINDLAY OHIO 45840

STATE OF NORTH CAROLINA dba  *Corporation*
LAW FIRM ROY COOPER
9001 Mail Service Center
Raleigh, NC 27699-9001

Employee of Corporation
**GASTON COUNTY dba** *Corporation*
**TAX DEPARTMENT**





P.O. BOX 1578
GASTONIA. NC. 28053-1578

Defendant.

**I, David Lee; Buess  & Rodney Dale; Class SET FORTH THIS CLAIM OF
INJURY**
CAUSED BYEMPLOYEES OF THE CORPORATION AND THEIR TRUSTEE UNDER
THE NAME OF THE UNITED STATES /GOVERNMENT/CORPORATION TITLE 28
SEC.3002 SEC.15(a) GROUNDS FOR INJURY VIOLATIONS OF TITLE 50 TWEA
WAR CRIMES, HATE CRIMES, R.I.C.O. HONEST SERVICE FRAUD & VIOLATION
OF THE DISTRICT OF COLUMBIA CONSTITUTION & THE DISTRICT OF COLUMBIA
STATUTES

**NOTICE TO THE PRINCIPLE IS NOTICE TO THE AGENTS
NOTICE TO THE AGENTS IS NOTICE TO THE PRINCIPLE**

**R.I.C.O.
FRAUD, BANK FRAUD, POSTAL FRAUD
CONSPIRACY/OBSTRUCTION OF JUSTICE**

**TAX FRAUD, MONEY LAUNDERING, WIRE FRAUD, PERJURY,**

PETITION IN THE NATURE OF A SUIT FOR DEPRIVATION
OF FEDERALLY PROTECTED RIGHTS TITLE 28, 42 USC 1983, 1981, 1985, 1988,
TITLE18 USC 241, 242, 1512, 1968, 1964, 1918 AND 18 USC SECTION 4 FOR
INJUNCTIVE AND DECLARATORY RELIEF AND

OTHER DAMAGES AS THE COURT SHALL DETERMINE REASONABLE, LAWFUL,
AND JUST

**JURISDICTION**
Congress established the Superior Court of the District of Columbia as the trial court of

**general jurisdiction** for the District of Columbia in 1970. Definition (*General*

*jurisdiction" as used in reference to subject matter jurisdiction.)* Public Law 96-170 Dec

29 1979. "AN ACT" To permit civil suit under section 1979 of the Revise Statutes(42

USC1983) against any person acting under color of any law or custom of the District of

Columbia who subject any person within the jurisdiction of the District of Columbia to

the deprivation rights, privilege, or immunity secured by the Constitution and Laws

including & 24 Am Jur 2d District of Columbia ß 21 ß 21 Superior Court of the District of

Columbia and divisions thereof The District of Columbia Court of General Sessions, the Juvenile

Court of the District of Columbia, and the District of Columbia Tax Court were consolidated in a

single court known as the Superior Court of the District of Columbia. (Title 28,). (2) by adding at

the end thereof the following new sentence;" for the purposes of this section , Any Act of

Congress applicable exclusively to the District of Columbia shall be considered to be a statute of

the District of Columbia. Sec.2 Section 1343 of title 28 UNITED STATES CODES is amended

(1) by inserting"(a)" before : The district court". Sec. 1343. Civil rights and elective franchise...

-STATUTE-
(a) The district courts shall have original jurisdiction of any civil action authorized by law to be
commenced by any person:

(1) To recover damages for injury to his person or property, or because of the deprivation of any
right or privilege of a citizen of the United States, by any act done in furtherance of and
conspiracy mentioned in section 1985 of Title 42;

(2) To recover damages from any person who fails to prevent or to aid in preventing any wrongs
mentioned in section 1985 of Title 42 which he had knowledge were about to occur and power to
prevent;

(3) To redress the deprivation, under color of any State law, statute, ordinance, regulation,
custom or usage, of any right, privilege or immunity secured by the Constitution of the United
States or by any Act of Congress providing for equal rights of citizens or of all persons within
the jurisdiction of the United States;

(4) To recover damages or to secure equitable or other relief under any Act of Congress

providing for the protection of civil rights, including the right to vote.

(b) For purposes of this section -

(1) the District of Columbia shall be considered to be a State;
and

(2) any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

Sec. 1443. Civil rights cases
-STATUTE
Any of the following civil actions or criminal prosecutions,
commenced in a State court may be removed by the defendant to the
District Court of the United States for the district and division embracing the place wherein it is pending
:

(1) Against any person who is denied or cannot enforce in the
courts of such State a right under any law providing for the
equal civil rights of citizens of the United States, or of all
persons within the jurisdiction thereof;

(2) For any act under color of authority derived from any law
providing for equal rights, or for refusing to do any act on the
ground that it would be inconsistent with such law.

TITLE 28 > PART VI > CHAPTER 171 >§ 2671. Definitions
As used in this chapter and sections 1346 (b) and 2401 (b) of this title, the term "Federal agency" includes the executive departments, the judicial and legislative branches, the military departments, independent establishments of the United States, and corporations primarily acting as instrumentalities or agencies of the United States, but does not include any contractor with the United States.

**TITLE 4 > CHAPTER 3 > *§ 72. Public offices; at seat of Government***

All offices attached to the seat of government shall be exercised in the District of Columbia, and not elsewhere, except as otherwise expressly provided by law.

TITLE 42 > CHAPTER 21 > SUBCHAPTER I > § 1985
**§ 1985. Conspiracy to interfere with civil rights** (3) Depriving persons of rights or privileges

Delaware Legislation passed a Act called **"An Act to Provide General Corporate**

**Law"** This act created a corporation into a Person with all the same rights as a natural

person to buy, sell, mortgage, receive licenses. Pledges, etc but not to be construed as

a natural person /being. The High Court has rule in three case law that a corporation

can be sued as a Person. **SANTA CLARA COUNTY v. SOUTHERN PAC. R. CO., 118**

**U.S. 394(1886), New York Central R. Co. v. United States, 212 U.S. 481 (1909)**

**United States v. Dotterweich, 320 U.S. 277 (1943)**

Superior Court of the District of Columbia has jurisdiction over this matter as it is not a

State and not represented in Congress and is not part of this country but holds a neutral

position as all parties having a claim against them hold residents and work within the

District of Columbia area and are federal citizens of that District. All crimes and their

planing to injury the people of this nation were within the federal district of District of

Columbia as made subject by the Constitution and not outside of District of Columbia.

All injury originated within this ten square mile area. As no State Court has jurisdiction to

hear such an action. No Federal Court outside of the D.C. or inside of D.C. has

jurisdiction to hear this case as they are a party to this action. The District of Columbia

Constitution and it federal statutes have been violated by all parties named by their

constitutional standing in Article I, II, III of the D.C. Constitution and under the 14th

amendment section 3. This gives the Superior Court of the District of Columbia

jurisdiction over subject matter jurisdiction and personal jurisdiction to hear this claim

These are the Corporate laws being missed use by the Corporate employees are the

Delaware Code Title 8 under Corporate Law is Chapter 6 CHAPTER. PROFESSIONAL

SERVICE CORPORATIONS section 617 Corporate names The corporate name of a corporation

organized under this chapter shall contain either a word or words descriptive of the professional

service to be rendered by the corporation or shall contain the last names  and the Texas

Administrative Code under Corporation Chapter 79 **CORPORATIONS** Subchapter C. ENTITY

NAMES section 79.31. The amendments to §79.31, which relates to the characters of print

acceptable in a proposed entity name, are required to more specifically identify the capabilities and limitations in the entry of entity names into the present computer system maintained by the Secretary of State even the Style Manual created by the Corporation for use of grammar in their Corporate usage.

## NOTICE

Notice is being placed into this Superior Court of the District of Columbia to have it placed on the record of fraud commit by the Corporate employees under the name of the UNITED STATES aka, Federal Corporation, Foreign Corporation "doing business as" the UNITED STATES /GOVERNMENT/CORPORATION, UNITED STATES OF AMERICA. The Superior Court of the District of Columbia is here by placed on Notice that the Federal Employees fraudulently took the District of Columbia Constitutional public oath with the intent to expatriate his/ herself with the intent to created injury and allow fraudulent claim against united States national/s under Title 50, USC Trading With Enemy Act (TWEA). The People are coming before this Superior Court of the District of Columbia for Domestic Terrorism crimes against those who hold these federal public offices. As of date all Federal and State Courts

outside of the ten square miles have become co-conspirer in aiding& abating in war crimes and hate crimes against a united States national(s) with the intent to cause and/or commit human trafficking on such united States national(s). This Superior Court of the District of Columbia is an aware that there is no statute of limitation on fraud, war crimes, hate crimes, human trafficking, R.I.C.O. or constitutional violation. The United States Bill of Right as found in the District of Columbia Constitution and in the United Nations charter defines this as acts as crimes

against humanity.

## PARTIES OF THE CASE

**Petitioners;** David Lee; Buess & Rodney Dale; Class are the Petitioners in this Action setting forth claim of injuries

**Defendants;**  United States dba Corporation, Department of the IRS dba Corporation, STATE OF OHIO dba Corporation Law firm RICHARD CORDRAY, Employee of Corporation REGINALD J. ROUTSON STATE OF NORTH CAROLINA dba Corporation Law Firm ROY COOPER Employee of Corporation GASTON COUNTY dba TAX DEPARTMENT. All of the defendants come under Title 28 USC 3002 15 (a) as department under the United States Corporation definition

## FOUNDATION & BASES FOR THE COMPLAINT

The defendants have committed tax fraud upon the Petitioners. By and thru the different

departments of the United States Corporation as listed under 28 USC 3002 15 (a).  The United

States Corporation created Title 26 of THE UNITED STATES CODES  and Title 26 of CODE

OF FEDERAL REGULATION on how  they are to tax it own Federal & State employee, aliens,

and corporations as found under 26 USC 6331(a) and the CFR under Title 26

1.  The United States dba Corporation is the Law Firm for the Department of IRS

    Corporation under the Treasury Department, which collect for the Federal Reserve Bank

    which is also a private Corporation.

2.  The STATE OF OHIO Law Firm represents REGINALD J. ROUTSON which collected

    fraudulent taxes under the heading STATE OF OHIO dba Corporation for the United

    States Corporation in the name of the Department of IRS.

3.  The STATE OF NORTH CAROLINA Law Firm represents Gaston County Tax

    Department which collected fraudulent taxes for the United States Corporation for the

    Department of IRS under the Treasury Department, which collect for the Federal Reserve

    Bank which is also a private Corporation.

4. The key element of the claim is tax fraud and the collusion between the main United
   States Corporation and it Franchise Corporation listed as the STATE OF OHIO or the
   STATE OF NORTH CAROLINA and the Department of IRS under Treasury
   Department under the control of the **Federal Reserve Bank which is also a private
   Corporation**.

The complaint below goes into detail on how the fraud came about and that we are
dealing with the departments/ corporations of the United States under the Judiciary and
judicial procedure manual under Title 28 USC. 3002 15(a)  and under the Constitution of the
United States 14th amendment section 3  which was created by the reconstruction Act of
1868. Placing all of the State offices under the jurisdiction of the Federal Corporation know
as the District of Columbia / The United States.

### The doctrine of Uberrima Fides; Hold the four rules of fiduciary obligation

1. Must not benefit from their position(s)
2. Must provide full disclosure of all activities'
3. May not compromise the beneficiary's interests
4. May not delegate absolute responsibility over their beneficiary's interest

### The Doctrine of Contra Non Valentem

The rule that a limitation or prescriptive period does not begin to run against a plaintiff
who is unable to act usually.  Because of the defendants culpable act, such as concealing material
information that would give rise to the plaintiffs claim- Often shortened to Contra Non
Valentem( Case limitation of action key 43,95,CJS Employer- Employee Relationship sec. 87;
Limitation of action sec. 81-84,87,131,138,142,164-165,170-173,175-176,183,198-205;
Physicians, surgeons, and other health-care providers sec. 108, RICO sec 16

**COMPLAINT**

Now Comes, David Lee; Buess & Rodney Dale; Class a naturalist citizen of the United

States of America whomever rescinded his/her Citizenship to his/her Country. This document

comes in a form of a  complaint  in the name of **David Lee; Buess & Rodney Dale; Class SET**

**FORTH THIS CLAIM OF INJURY** CAUSED BY EMPLOYEES OF THE CORPORATION

AND THEIR TRUSTEE UNDER THE NAME OF THE UNITED STATES

/GOVERNMENT/CORPORATION TITLE 28 SEC.3002 SEC.15(a) GROUNDS FOR INJURY

VIOLATIONS OF TITLE 50 TWEA WAR CRIMES, HATE CRIMES, R.I.C.O. HONEST

SERVICE FRAUD & VIOLATION OF THE DISTRICT OF COLUMBIA CONSTITUTION &

THE DISTRICT OF COLUMBIA STATUTES That the actions of the federal Government and

State Government, the federal President and State Governor, the federal Congress and State

legislators and the federal Judiciary and State Judicial branch acting in concert with the Treasury,

DOJ and FRB constitute an unlawful usurpation of the Constitution for the united States of

America, for the purpose(s) of implementing exclusive Legislation, in all cases whatsoever

(Statutory Jurisdiction) over the People, to the detriment of lawful money in these united States

of America and for Treason, high Crimes and Misdemeanors (Article II Section 4 and Article III

Section 3); and (Article I section 10 clause 1)The Federal CEO Corporate President of then as

well as of today along with all Federal and State government. Federal Corporation/State

Corporation/Foreign Corporation or "doing business as "under any other name aka has become a

"domestic enemy" by implementing & reimplementing the Bankruptcy of (1930-32) and "War

and Emergency Powers" (March 9, 1933 and subsequently) and "International Emergency and

War Powers" (1977) in contradiction to Article 4 Section 4; "The United States shall guarantee

to every State in this Union a Republican Form of Government, and shall protect each of them

against Invasion (from all enemies foreign and domestic); and on Application of the Legislature,

or of the Executive (when the Legislature cannot be convened) against domestic Violence."

By and thru the passing of The Amendatory Act of March 9, 1933. Title 50, USC

Trading with the Enemy Act Public Law No. 65-91 (40 Stat. L. 411) October 6, 1917.

The original Trading with the Enemy Act **excluded citizens** of the United States from

being treated as the enemy when involved in transactions wholly within the United

States. The Amendatory Act of March 9, 1933, however, **included the people** of the

United States as the enemy by inserting the following **"citizens within the United**

**States"**. The issue of abuse upon the American national(s) comes from the misuses of

Title 50 of the U.S.C. TWEA.

### JUDICIAL NOTICE TO THIS COURT

That, We, the people of the States in America has overly provided Congress House and

Senate Judiciary Committees with Evidents and/or Exhibits with NO concern of ANY

"Due Process "Violation of/in the Courts, Judges, Prosecutors, Lawyers, Attorneys, et

al., ect... Evidents of Summies and Documentation will be provided in Discovery after

Scheduling Order Issued.

SECTION TITLE 50 > CHAPTER 3 > § 23
§ 23. Jurisdiction of United States Courts and Judges; "After any such proclamation has been
made, the several courts of the United States, having criminal jurisdiction," All judgments'
against the people fall under criminal.This is why the Courts refuse to answer the challenges of
jurisdiction. Under the TWEA this is but one jurisdiction and that jurisdiction is criminal.

Second; TITLE 50 > CHAPTER 3 > § 21
§ 21. Restraint, regulation, and removal. TITLE 50 APPENDIXES -- WAR AND NATIONAL
DEFENSE Sec. 16. Offenses; punishment; forfeitures of property(a) Whoever shall willfully
violate any of the provisions of this Act or of any **license, rule, or regulation** issued there under,
and whoever shall willfully violate, neglect, or refuse to comply with any order
AND

Third; TITLE 18 - CRIMES AND CRIMINAL PROCEDURE PART I - CRIMES

CHAPTER 95 - RACKETEERING

(2) Jurisdiction over foreign persons. - For purposes of adjudicating an action filed or enforcing a penalty ordered under this section, the district courts shall have jurisdiction over any foreign person, including any financial institution authorized under the laws of a foreign country, against whom the action is brought, if service of process upon the foreign person is made under the Federal Rules of Civil Procedure or the laws of
the country in which the foreign person is found, and –

(A) the foreign person commits an offense under subsection

(a) involving a financial transaction that occurs in whole or in part in the United States;

(B) the foreign person converts, to his or her own use, property in which the United States has an ownership interest by virtue of the entry of an order of forfeiture by a court of the United States; or

(C) the foreign person is a financial institution that maintains a bank account at a financial institution in the United States.

(3) Court authority over assets. - A court described in paragraph (2) may issue a pretrial restraining order or take any other action necessary to ensure that any bank account or other property held by the defendant in the United States is available to satisfy a judgment under this section.

(4) Federal receiver. -

(A) In general. - A court described in paragraph (2) may appoint a Federal Receiver, in accordance with subparagraph (B) of this paragraph, to collect, marshal, and take custody, control, and possession of all assets of the defendant, wherever located, to satisfy a civil judgment under this subsection, a forfeiture judgment under section 981 or 982, or a criminal sentence under section 1957 or subsection (a) of this section, including an order of restitution to any victim of a specified unlawful activity.

(B) Appointment and authority. - A Federal Receiver described
in subparagraph (A) -

(i) may be appointed upon application of a Federal prosecutor or a Federal or State regulator, by the court having jurisdiction over the defendant in the case;
(ii) shall be an officer of the court, and the powers of the Federal Receiver shall include the powers set out in section 754 of title 28, United States Code; and
(iii) shall have standing equivalent to that of a Federal prosecutor for the purpose of submitting requests to obtain information regarding the assets of the defendant -
(I) from the Financial Crimes Enforcement Network of the Department of the Treasury; or
(II) from a foreign country pursuant to a mutual legal assistance treaty, multilateral agreement, or other arrangement for international law enforcement assistance,

provided that such requests are in accordance with the policies and procedures of the Attorney General.

(c) As used in this section -
The term United States has been defined in Title 28, USC under § 3002 15 (a) as a Federal Corporation CJS Vol 20 § 1785 a Foreign Corporation and substantiated by Supreme Court case laws.

**BLACKS LAWS FIFTH EDTION**
FOREIGN STATE; A "foreign state" within statues providing for expatriation of America citizens who are naturalized under laws of a foreign state in a country which is not the United States, or its possession or colony, an alien country, other than their own. Kletter v. Dulles, D.C.D.C.111F.SUPP.593, 598.

TITLE 8 > CHAPTER 12 > SUBCHAPTER I > § 1101
**(14)** The term "foreign state" includes outlying possessions of a foreign state, but self-governing dominions or territories under mandate or trusteeship shall be regarded as separate foreign states.

At no time have the People expatriated his/her self from his country. By and

through the passing of Title 50, USC TWEA all public officials knowingly or unknowingly

have declared themselves to be foreign and did expatriate from the original united

States of America to become a citizen of the UNITED STATES located in the District of

Columbia as defined by the United States Supreme Court in the following case laws.

"The high Court confirmed that the term "United States" can and does mean three

completely different things, depending on the context:" Hooven & Allison Co. vs. Evatt,

324 U.S. 652 (1945) & *United States v. Cruikshank,* 92 U.S. 542 (1876) & United States

v. Bevans, 16 U.S. 3 Wheat. 336 336 (1818) these case law show

that there are three different and distinct forms of the United States of America.

The Federal and State Courts and the Federal and State pretenders and their

agents have misused the meaning of these Supreme Court cases along with title 50 of

the USC and have knowingly defrauded the America people by expatriation them from

their own country in the courtrooms and silenced them making the people the enemy of

the state under this USC title 50. By and thru mandatory licensing, regulation of

transactions in foreign exchange of gold or silver to FEDERAL RESERVE NOTES,

property transfers by placing all property under the name of the State such as homes

,vehicles, children, animals, firearms and etc. The Federal and State pretender and or

agents have made a willful presumption of expatriation on the part of the People

therefore denying the People their rights to their lawful standing as an American National.

The court has willfully and knowing concealed this from the people. The following

Congressional Statute at large has given the People protection from foreign state under

the federal constitutional 11th amendment not subject to foreign state.

15 Statutes at Large, Chapter 249 (section 1), enacted July 27, 1868.
Chap. CCXLIX. ---An Act concerning the Rights of American Citizens in foreign States
Whereas the rights of expatriation is a nature and inherent right of all people,
indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness; and
whereas in the recognition of this principle this government has freely received emigrants from
all nations, and invested them with the right of citizenship; and whereas it is claimed that such
American citizens, with their descendants, are subjects of foreign states, owing allegiance to the
government thereof; and whereas it is necessary to the maintenance of public peace that this
claim of foreign allegiance should be promptly and finally disavowed, Therefore:

Be it enacted by the Senate and the House of Representatives of the United States of
American in Congress assembled, That any declaration, instruction, opinion, order, or decision,
of any officers of a government which denies., restricts , impairs or questions the rights of
expatriation , is hereby declared inconsistent with the fundamental principles of this government.

## TITLE 50, APPENDIX App. > TRADING > ACT > § 2
§ 4. Licenses to enemy or ally of enemy insurance or reinsurance companies; change of name;
doing business in United States.

### Required SR 22 bond
Laws vary from state to state on the legal requirements one must meet in order to be a licensed
driver. In most states, one must carry proof of insurance in order to drive; being caught without
proof of insurance carries a stiff penalty. An SR22 is a financial responsibility document that
informs the state that a driver has met his or her insurance requirements.

### Function
While all states require drivers to be insured in order to legally drive, most states do not require
that the state has documentation of said insurance unless the driver is pulled over or otherwise

attracts the attention of the Department of Motor Vehicles. In certain cases, however, a driver will need to register his or her insurance with the state, and that is where the SR22 comes in. The SR22 is generally filed by the insurance provider and tells the state that the driver does have the insurance required to be on the road. In the event that the insurance policy is canceled, the provider is likewise required to inform the state that the driver does not have the required coverage.

<div align="center">**State-to-State Differences**</div>

Some states (Pennsylvania, Delaware, Minnesota, Kentucky, New Mexico, and Oklahoma) never require an SR22, but if a driver required one in his or her previous state, it is still necessary to remain on file with that state; moving from Ohio to Oklahoma will not absolve one of his or her responsibilities towards Ohio. Additionally, if the requirements for insurance are different, the driver must meet the requirements for both states in order to drive legally. Neither New York nor North Carolina, however, require out-of-state SR22 filings

§ 5. Suspension of provisions relating to ally of enemy; regulation of transactions in foreign exchange of gold or silver, property transfers, vested interests, enforcement and penalties The federal Congress has failed to provide for the Punishment of counterfeiting the Securities and current coin of the United States in contradiction to Article I Section 8 Clause 6 by implementing the FRB in 1913; HJR 192 - Federal Reserve Notes are NOT lawful money - "payment is declared to be against public policy" (31 U.S.C. 5118(d)).

§ 21. Claims of naturalized citizens as affected by expatriation

The claim of any naturalized American citizen under the provisions of this Act [sections 1 to 6, 7 to 39, and 41 to 44 of this Appendix] shall not be denied on the ground of any presumption of expatriation which has arisen against him, under the second sentence of section 2 of the Act entitled "An Act in reference to the expatriation of citizens and their protection abroad," approved March 2, 1907, if he shall give satisfactory evidence to the President, or the court, as the case may be, of his uninterrupted loyalty to the United States during his absence, and that he has returned to the United States, or that he, although desiring to return, has been prevented from so returning by circumstances beyond his control.

By the Federal and State Courts allowing such act by the Federal and State

pretender and or agents who has expatriated themselves from the constitutional form of

government to a foreign state standing then to allow the misuse or impersonate a

constitutional position in order to collect federal funds and to bond these cases to place

in a insurance account under ticket numbers, case number or use of federal ID number

in a time that a State Emergency has been declared. This misuse of that public office

and in a state of emergency a war crime and also is defined as a hate crime as a group

is being singled out (American National) and also falls under the term of R.I.C.O. (TITLE 18 > PART I > CHAPTER 96 > § 1961)

## § 1961. Definitions

**(1)** "racketeering activity" means (A) any act or threat involving murder, kidnapping, gambling, arson, robbery, bribery, extortion, dealing in obscene matter, or dealing in a controlled substance or listed chemical.

**(2)** "State" means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, any territory or possession of the United States, any political subdivision, or any department, agency, or instrumentality thereof;

**(4)** "Enterprise" includes any individual, partnership, **corporation, association,** or other **legal entity,** and any union or group of individuals associated in fact although not a legal entity;

**(5)** "pattern of racketeering activity" requires at least two acts of racketeering activity, one of which occurred after the effective date of this chapter and the last of which occurred within ten years (excluding any period of imprisonment) after the commission of a prior act of racketeering activity;

### Definition of a war crime comes under.
TITLE 18 > PART I > CHAPTER 118 > § 2441
### § 2441. War crimes
(d) Common Article 3 Violations.—
(1) Prohibited conduct.— In subsection (c)(3), the term "grave breach of common Article 3" means any conduct (such conduct constituting a grave breach of common Article 3 of the international conventions done at Geneva August 12, 1949), as follows:

(A) Torture.— The act of a person who commits, or conspires or attempts to commit, an act specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control for the purpose of obtaining information or a confession, punishment, intimidation, coercion, or any reason based on discrimination of any kind.

(B) Cruel or inhuman treatment.— The act of a person who commits, or conspires or attempts to commit, an act intended to inflict severe or serious physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions), including serious physical abuse, upon another within his custody or control.

(C) Performing biological experiments.— The act of a person who subjects, or conspires or attempts to subject, one or more persons within his custody or physical control to biological experiments without a legitimate medical or dental purpose and in so doing endangers the body or health of such person or persons.

(D) Murder.— The act of a person who intentionally kills, or conspires or attempts to kill, or kills whether intentionally or unintentionally in the course of committing any other offense under

this subsection, one or more persons taking no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause.

(I) Taking hostages.— The act of a person who, having knowingly seized or detained one or more persons, threatens to kill, injure, or continue to detain such person or persons with the intent of compelling any nation, person other than the hostage, or group of persons to act or refrain from acting as an explicit or implicit condition for the safety or release of such person or persons.

(2) Definitions.— In the case of an offense under subsection (a) by reason of subsection (c)(3)—

   (A) the term "severe mental pain or suffering" shall be applied for purposes of paragraphs (1)(A) and (1)(B) in accordance with the meaning given that term in section 2340 (2) of this title;

## TITLE 18 > PART I > CHAPTER 113C > § 2340
### § 2340. Definitions
(2) "severe mental pain or suffering" means the prolonged mental harm caused by or resulting from

(C) the threat of imminent death; or

(D) the threat that another person will imminently be subjected to death, severe physical pain or suffering, or the administration or application of mind-altering substances or other procedures calculated to disrupt profoundly the senses or personality; and

(3) "United States" means the several States of the United States, the District of Columbia, and the commonwealths, territories, and possessions of the United States.

<div align="center">

**DOMESTIC TERRORISM**
</div>

There is no single, universally accepted definition of terrorism. Terrorism is defined in

the Code of Federal Regulations as "...the unlawful use of force and violence against

persons or property to intimidate or coerce a government, the civilian population, or any

segment thereof, in furtherance of political or social objectives." (28 C.F.R. Section 0.85)

## TITLE 18 > PART I > CHAPTER 113B > § 2331
### § 2331. Definitions

(5) the term "domestic terrorism" means activities that—

(A) involve acts dangerous to human life that are a violation of the criminal laws of the United States or of any State;

**(B)** appear to be intended—

**(i)** to **intimidate or coerce a civilian population;**

<div align="center">

**HR 3162 RDS**

</div>

SEC. 802. DEFINITION OF DOMESTIC TERRORISM.
`(5) the term `domestic terrorism' means activities that--
`(A) involve acts dangerous to human life that are a violation of the criminal laws of the United States or of any State;
`(B) appear to be intended--
`(i) to intimidate or coerce a civilian population

<div align="center">

**HATE CRIMES**

</div>

When the Federal Government; Legislative, Executive and Judicial branches allows

such action they are now aiding & abating in Hate crimes as defined by the FBI in the

following issue. When these Government offices have had complaint filed into them and

the people has had appointment to cover these issues in person with the public officials

and they refuse to address the complaint. By hiding behind the separated of power

clause. These are the same official who created, enforce and minister the laws. If law

can be created to injury, be enforced and minister to injury the people then laws can be

made to reversed such injuries by the same means.

**The FBI's hate-crime report for 2002 quotes a statement about hate crimes by the**
*American Psychological Association*:
"...not only is it an attack on one's physical self, but is also an attack on one's very identity."Attacks upon individuals because of a difference in how they look, pray or behave have long been a part of human history. It is only recently, however, that our society has given it a name and decided to monitor it, study it and legislate against it." **1**

The FBI defines a hate crime (a.k.a. bias crime) to be: "a criminal offense committed against a person, property or society which is motivated, in whole or in part, by the offender's bias against a **race,** religion, disability, sexual orientation, or **ethnicity/national origin**." (America Nationals) Public Law #103-322A, a 1994 federal law, defines a hate crime as: "a crime in which the defendant intentionally selects a victim, or in the case of a property crime, the property that is the object of the crime, because of the actual or **perceived race**, color, religion, **national origin**, ethnicity, gender, disability, or sexual orientation of any person."

<div align="center">

**Official definitions of hate crimes:**

</div>

Typical hate crime laws criminalize the use of force, or the threat of force, against a

Person because they are a member of a specific, **protected group**. Four definitions of

the term "*hate crime*" are:

**Hate Crimes Statistics Act (1990)**: "... crimes that manifest evidence of prejudice based on race, religion, sexual orientation, or ethnicity, including where appropriate the crimes of murder, nonnegligent manslaughter, forcible rape, aggravated assault, simple assault, intimidation, arson, and destruction, damage or vandalism of property." (Public Law 101-275).

**Bureau of Justice Administration** (BJA; 1997): "Hate crimes--or bias-motivated crimes—are defined as offenses motivated by hatred against a victim based on his or her **race,** religion, sexual orientation, ethnicity, or **national origin**."

**Anti-Defamation League** (ADL): A hate crime is "any crime committed because of the victim's actual or **perceived race**, color, religion, ancestry, **national origin**, disability, gender [male or female] or sexual orientation."

**National Education Association** (NEA): "Hate crimes and violent acts are defined as offenses motivated by hatred against a victim based on **his or her beliefs** or mental or physical characteristics, **including race, ethnicity**, and sexual orientation."
Traditional hate crime legislation protects persons because of "*his race, color, religion or national origin ,* " as in the case of the 1969 federal hate crimes law. (18 U.S.C. Section 245).

Most state laws now include additional protected groups. Some laws are restrictive and

Only protect a member of a group if she/he is involved in specific activities. For

example, the 1969 federal law only applies if the crime happens when a person is

attending a public school or is at work or participating in one of four other "*federally*

*protected activities.*"

## TITLE 18, U.S.C., SECTION 245
The portion of Section 245 of Title 18 which is primarily enforced by the Criminal Section makes it unlawful to willfully injure, intimidate or interfere with any person, or to attempt to do so, by force or threat of force, because of that other person's race, color, religion or national origin and because of his/her activity as one of the following: (b) a participant in any benefit, service, privilege, program, facility or activity provided or administered by the United States. (e) a participant in any program or activity receiving federal financial assistance. The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

**TITLE 26 > Subtitle F > CHAPTER 64 > Subchapter D > PART II > § 6331. Levy and Distraint**

**(a) Authority of Secretary**

If any person liable to pay any tax neglects or refuses to pay the same within 10 days after notice and demand, it shall be lawful for the Secretary to collect such tax (and such further sum as shall be sufficient to cover the expenses of the levy) by levy upon all property and rights to property (except such property as is exempt under section 6334) belonging to such person or on which there is a lien provided in this chapter for the payment of such tax. Levy may be made upon the accrued salary or wages of any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia, by serving a notice of levy on the employer (as defined in section 3401(d)) of such officer, employee, or elected official. If the Secretary makes a finding that the collection of such tax is in jeopardy, notice and demand for immediate payment of such tax may be made by the Secretary and, upon failure or refusal to pay such tax, collection thereof by levy shall be lawful without regard to the 10-day period provided in this section.

United States Supreme case decision on taxes just to name a few. Taxes can only apply to

those under 26 USC 6331 and not the people of the several fifty states. Below are the case laws.

1. 1895 Pollock v. Farmers Loan and Trust Co. 157 U. S. 429, 158 U.S. 601 The Supreme Court ruled "income tax" unconstitutional.
2. 1920 Eisner v. Mcomber, 252 U.S. 189, 206 Congress cannot by any definition it may adopt conclude what income is, since it cannot by legislation alter the Constitution, from which alone it derives its power to legislate and within who's limitations alone that power Can be lawfully exercised.
3. 1935 U.S. v. Constantine, 296 U.S. 287 The INTERNAL REVENUE SERVICE  Ruled unconstitutional since prohibition has been repealed. No legislative act Has ever lawfully established the IRS as a Department of the United States Treasury.
4. 1818: U. S. v. Beavans, 16 U.S. 336. Established two separate jurisdictions within  the United States Of America: 1. The "federal zone" and 2. "the 50 States". The I.R.C. (INTERNAL REVENUE CODE) only has jurisdiction within the "federal Zone".
5. Fraud by Trickery: Zone Improvement Plan (Zip Code) Congress divides the union states (50 ) into 10 Federal Zones in violation of Constitution and Color of Law. Found in Postal Code.
6. Fraud in the inducement the Federal Reserve was created on Jekyll Island and not the halls of Congress: nor was there a bidding procedure in violation of state law.

There are to type of action to which any Court can operate one is civil as found in the

Federal Rule of Civil Procedure Rule 2 or under Criminal Which is found under Title 50 Chapter

3 Section 23 Jurisdiction of United States courts and judges; upon complaint against any

**alien enemy resident** and at large within such jurisdiction or district, to the danger of the public

peace. The department of the IRS is misusing this section as defined below. TITLE 26 >

Subtitle A > CHAPTER 3 > Subchapter A

Taxation of Resident Aliens Taxable Income A resident alien's income is generally subject to

tax in the same manner as a U.S. citizen. If you are a resident alien, you must report all interest,

dividends, wages, or other compensation for services, income from rental property or royalties,

and other types of income on your U.S. tax return. You must report these amounts whether

from sources within or outside the United States.

## United States Congressional Record, March 17, 1993 Vol. 33, page H-1303

It is an established fact that the United States Federal Government has been dissolved by the

Emergency Banking Act, March 9, 1933, 48 Stat. 1,Public Law 89-719; declared by President

Roosevelt, being bankrupt and insolvent. H.J.R. 192, 73rd Congress m session June 5, 1933 -

Joint Resolution to Suspend the Gold Standard and Abrogate the Gold Clause dissolved the

Sovereign Authority of the United States and the official capacities of all United States

Governmental Offices, Officers, and Departments and is further evidence that the United States

Federal Government exists today in name only. Federal Reserve Notes (FRNs) are unsigned

checks written on a closed account. FRNs are an inflatable paper system designed to create

debt through inflation (devaluation of currency). whenever there is an increase of the

supply of a money substitute in the economy without a corresponding increase

in the gold and silver backing, inflation occurs.

The Federal Reserve System is based on the Canon law and the principles of sovereignty

protected in the Constitution and the Bill of Rights. In fact, the international bankers used a

"Canon Law Trust" as their model, adding stock and naming it a "Joint Stock Trust." The U.S. Congress had passed a law making it illegal for any legal "person" to duplicate a "Joint Stock Trust" in 1873. The Federal Reserve Act was legislated post-facto (to 1870), although post-facto laws are strictly forbidden by the Constitution. [1:9:3] The Federal Reserve System is a sovereign power structure separate and distinct from the federal United States government. The Federal Reserve is a maritime lender, and/or maritime insurance underwriter to the federal United States operating exclusively under Admiralty/Maritime law. The lender or underwriter bears the risks, and the Maritime law compelling specific performance in paying the interest, or premiums are the same.

Prior to 1913, most Americans owned clear, allodial title to property, free and clear of any liens or mortgages until the Federal Reserve Act (1913) "Hypothecated" all property within the federal United States to the Board of Governors of the Federal Reserve, -in which the Trustees (stockholders) held legal title. The U.S. citizen (tenant, franchisee) was registered as a "beneficiary" of the trust via his/her birth certificate. In 1933, the federal United States hypothecated all of the present and future properties, assets and labor of their "subjects," the 14th Amendment U.S. citizen, to the Federal Reserve System.

In return, the Federal Reserve System agreed to extend the federal United States corporation all the credit "money substitute" it needed. Like any other debtor, the federal United States government had to assign collateral and security to their creditors as a condition of the loan. Since the federal United States didn't have any assets, they assigned the private property of their "economic slaves", the U.S. citizens as collateral against the un-payable federal debt. They also pledged the unincorporated federal territories, national parks forests, birth

certificates, and nonprofit organizations, as collateral against the federal debt. All has already been transferred as payment to the international bankers.

The Banks are listed neither as "wholly owned" government corporations under 31 U.S.C. § 846 nor as "mixed ownership" corporations under 31 U.S.C. § 856, a factor considered in Pearl v. United States, 230 F.2d 243 (10th Cir. 1956), which held that the Civil Air Patrol is not a federal agency under the Act. Closely resembling the status [*1242] of the Federal Reserve Bank, the Civil Air Patrol is a non-profit, federally chartered corporation organized to serve the public welfare. But because Congress' control over the Civil Air Patrol is limited and the corporation is not designated as a wholly owned or mixed ownership government corporation under 31 U.S.C. §§ 846 and 856, the court concluded that the corporation is a non-governmental, independent entity, not covered under the Act.

Finally, the Banks are empowered to sue and be sued in their own name. 12 U.S.C. § 341.

## Conclusion

The issue being place before this Superior Court of the District of Columbia is a history of the abuse being allowed by the Federal and State Courts outside the Ten square miles and by the Federal Courts inside the District of Columbia against all American Nationals. This is in direct violation of our federal constitution and statutes and title 50 and the 15 Statutes at Large, Chapter 249 (section 1), enacted July 27, 1868 Chap. CCXLIX. ---An Act concerning the Rights of American Citizens in foreign States and of the above. The American people never rescinded their citizenship to their country, but by the misuse of legislation, created by the Bar Association, they have fraudulently expatriated the public officials from our Country the united States of America and their citizenship to a foreign state standing outside of the constitution and

Suspended the Federal and all State Constitutions without the people knowledge or

consent. By the Courts continuing these actions in the courtrooms they have become a

co-conspirator in acts of mutiny and the overthrow of a constitutional form of

government. Legislators are hiding behind the separation of power clause,

knowing full well of these injuries, being done to the people. When legislation by

Congress could be created to prevent this injury, and their willful failure to do so, make

them as guilty as those Court officials who deny the supreme of the land in their court

room. When the Department Of Justice fails to prevent these actions in the courtroom

and conceal the truth this now show collusion between all three branches of

government. One branch of our government such had integrity to stand up for what is

right. Their failure to do so comes under the term of high crimes and treason, war

crimes, human rights violations, R.I.C.O., and etc. This Superior Court

of the District of Columbia is being placed on Notice. Every Federal and State Court

outside of the Ten square miles area and the Federal Court inside of that ten

square miles, area have made it impossible, through its own corruption. For the People

lacked enforcement and has been denied the ability to defend him/ herself as those in

Nazis Germany under Hitler. Those who set in the same position in Germany at that

time as member of their Government and Military stood before our Military Court and

the World Court and were tried for war crimes and crime against humanity. Years later

they are still being rounded up and charged. There is no statute of limitation on these

types of crimes. This Superior Court of the District of Columbia has the choice to find

some type of humanity to give to the People of this nations or pursuing their course of

action, knowing that such action is a crime and some day run the risk of be tried in

another world court.

This Superior Court of the District of Columbia is fully aware that a corporation

can not bring charges against a living being. The High Court has ruled this in U.S.

Supreme Court PENHALLOW v. DOANE'S ADM'RS, 3 U.S. 54 (1795) and Rule 17,

requires a interest party a living body. Case law

Title 28, USC 1601-1611 FSIA protects the people under the 11th amendment as all
government offices, State, local political subdivision, judicial etc comes under Rule 4 j as a
Foreign State.

The question will arise to the issue of 12(b)(6) failure to state a claim to which relief can

be grant. How does put a price on such crimes against humanity. The issue should be

were the 12(b)(6) for the People or 12(b)(1)(2) rule 17 where was the people immunity.

If they were as censured about the people 12 (b) s and immunity and their rights We the

People would not be in this Court now.

NOTICE: We, the people, reserve the right to amend this Petition at any time daring the

Process of this action at bar.

### Federal Reserve Banks,

Examining the organization and function of the Federal Reserve Banks, and applying the
relevant factors, we conclude that the Reserve Banks are not federal instrumentalities for purpose
of the FTCA, but are independent, privately owned and locally controlled corporations."

Each Federal Reserve Bank is a separate corporation owned by commercial banks in its region.
The stockholding commercial banks elect two thirds of each Bank's nine member board of
directors. The remaining three directors are appointed by the Federal Reserve Board. The Federal
Reserve Board regulates the Reserve Banks, but direct supervision and control of each Bank is
exercised by its board of directors. 12 U.S.C. § 301. The directors enact by-laws regulating the
manner of conducting general Bank business, 12 U.S.C. § 341, and appoint officers to implement
and supervise daily Bank activities. These activities include collecting and clearing checks,
making advances to private and commercial entities, holding reserves for member banks,
discounting the notes of member banks, and buying and selling securities on the open market.
See 12 U.S.C. §§ 341 361.

The fact that the Federal Reserve Board regulates the Reserve Banks does not make them federal agencies under the Act. In United States v. Orleans, 425 U.S. 807, 96 S. Ct. 1971, 48 L. Ed. 2d 390 (1976), the Supreme Court held that a community action agency was not a federal agency or instrumentality for purposes of the Act, even though the agency was organized under federal regulations and heavily funded by the federal government. Because the agency's day to day operation was not supervised by the federal government, but by local officials, the Court refused to extend federal tort liability for the negligence of the agency's employees. Similarly, the Federal Reserve Banks, though heavily regulated, are locally controlled by their member banks. Unlike typical federal agencies, each bank is empowered to hire and fire employees at will. Bank employees do not participate in the Civil Service Retirement System. They are covered by worker's compensation insurance, purchased by the Bank, rather than the Federal Employees Compensation Act. Employees traveling on Bank business are not subject to federal travel regulations and do not receive government  employee discounts on lodging and services

REFERANCE COURT CASES

1. Picking v. Pennsylvania R. Co. 151 Fed. 2nd 240; Pucket v. Cox 456 2nd 233. Pro se pleadings are to be considered without regard to technicality; pro se litigants pleadings are not to be held to the same high
standards of perfection as lawyers. Platsky v. C.I.A. 953 F.2d. 25. Additionally, pro se litigants are to be given reasonable opportunity to remedy the defects in their pleadings. Reynoldson v Shillinger 907F .2d 124, 126 (10th Cir. 1990); See also Jaxon v Circle K. Corp. 773 F.2d 1138, 1140 (10th Cir. 1985) (1)

2. Haines v. Kerner (92 S. Ct. 594). The respondent in this action is a non-lawyer and is moving forward in
Propria persona.

3. NAACP v. Button (371 U.S. 415); United Mineworkers of America v. Gibbs (383 U.S. 715); and Johnson v. Avery 89 S. Ct. 747 (1969). Members of groups who are competent non-lawyers can assist other members of the group achieve the goals of the group in court without being charged with "Unauthorized practice of law."

4. Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar (377 U.S. 1); Gideon v. Wainwright 372 U.S. 335; Argersinger v. Hamlin, Sheriff 407 U.S. 425. Litigants may be assisted by unlicensed layman during judicial proceedings.

5. Howlett v. Rose, 496 U.S. 356 (1990) Federal Law and Supreme Court Cases apply to State Court Cases

6. Federal Rules Civil Proc., Rule 17, 28 U.S.C.A. "Next Friend" A next friend is a person who represents
someone who is unable to tend to his or her own interest...

7. Oklahoma Court Rules and Procedures,
Title 12, sec. 2017 (C) "If an infant or incompetent person does not have a duly appointed representative he may sue by his next friend or by a guardian ad litem."

8. Mandonado-Denis v. Castillo-Rodriguez, 23 F3d 576 (1st Cir. 1994) Inadequate training of subordinates may be basis for 1983 claim.
9. Warnock v. Pecos County, Tex., 88 F3d 341 (5th Cir. 1996) Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law.

10. Title 42 U.S.C. Sec. 1983, Wood v. Breier, 54 F.R.D. 7, 10-11 (E.D. Wis. 1972). Frankenhauser v. Rizzo, 59 F.R.D. 339 (E.D. Pa. 1973). "Each citizen acts as a private attorney general who 'takes on the mantel of sovereign',"

11. Oklahoma is a "Right to Work" State! Bill SJR1! Its OK to practice God`s law with out a license, Luke 11:52, God`s Law was here first! "There is a higher loyalty than loyalty to this country, loyalty to God" U.S. v. Seeger, 380 U.S. 163, 172, 85 S. Ct. 850, 13 L. Ed. 2d 733 (1965)

12. "The practice of law can not be licensed by any state/State. Schware v. Board of Examiners, United
States Reports 353 U.S. pgs. 238, 239. In Sims v. Aherns, 271 S.W. 720 (1925) "The practice of law is an occupation of common right." A bar card is not a license, its a dues card and/or membership card. A bar
association is that what it is, a club, A association is not license, it has a certificate though the State, the two are not the same..........

## RELIEF CAN BE GRANTED BY

Relief can be granted in the following ways in dollar amount Option (A). Approximately

$30,000,000.00 million tax free dollars (Thirty Million Dollars) including Legal Fees, Costs,

Research and Time or gold tax free; PLUS THE RIGHTS TO RECOVERY.

Remove the ABA BAR Association and place all lawyer under the state or federal

licensing program to work in this country under the Constitutional Mandate as it was originally

required. Remove all Lawyers and Attorneys as Staff employment for Congress. Have Congress

restate the state militia under the intent of HR11654 better known as the DICK ACT of 1902

and allow the state militia to enforce and bring claims of injury to the floor of Congress to have

these issue address and deal with in 72 hour of such complaint or before a citizen tribunal

hearing board. Option (B), Bring in the military to help set up a new government to be put in place and remove all federal and state officials from office and brought them up on military charges as was done in Germany 1945 for crime against humanity. That how relief can be granted. The debt cause in this action comes under the 14th amendment section 3 people section 4 tell how to collect this debt.. The defendants well be required and respond ability for the debt as they acted outside of their scope of jurisdiction. The defendants can not created more debt by borrowing off of the FRB.

The District of Columbia not being a State and is not represented in Congress it officials are not part of this action as D.C. hold a natural position and this Court is the only that hear this action..

We the People want this to be heard by us the people in a trial by jury under the sixth amendment a jury of our peers. DEMANED...

David Lee; Buess
Private Attorney General
22014 Delaware Township Road 184
Arlington, Ohio  [45814]

Rodney Dale; Class
Private Attorney General
P.O. Box 435
High Shoals., North Carolina [28077

## PROOF OF SERVICE

I David Lee; Buess & Rodney Dale; Class SET FORTH THIS CLAIM OF INJURY CAUSED BY EMPLOYEES OF THE CORPORATION AND THEIR TRUSTEE UNDER THE NAME OF THE UNITED STATES /GOVERNMENT/CORPORATION TITLE 28 SEC.3002 SEC.15(a) GROUNDS FOR INJURY VIOLATIONS OF TITLE 50 TWEA WAR CRIMES, HATE CRIMES, R.I.C.O. HONEST SERVICE FRAUD & VIOLATION OF THE DISTRICT OF COLUMBIA CONSTITUTION & THE DISTRICT OF COLUMBIA STATUTES of wrong doing by those who hold Corporate offices in the Senate, House of Representatives, President, and Federal Judges of all District Courts inside and outside of the District of Columbia the UNITED STATES Supreme Court of the UNITED STATES OF AMERICA dba and its Franchise Corporation as within the District of Columbia ten square miles area. This complaint. is being placed before the Clerk of Court of the Superior Court of the District of Columbia on this day of _22nd_ and month of _Oct_ in the year of our Lord 2009 AD Service well be delivered by hand to the Security officers outside of that federal building if it becomes impossibility to deliver inside to that public office.

David Lee; Buess
Private Attorney General
22014 Delaware Township Road 184
Arlington, Ohio [45814]

Rodney Dale; Class
Private Attorney General
P.O. Box 435
High Shoals., North Carolina [28077]

Cc
**UNITED STATES ATTORNEY GENERAL**
**LAW FIRM ERIC HOLDER**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 2053

**Department of IRS dba Corporation**
**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, DC 20224**

Franchise Corporation
**STATE OF OHIO dba Corporation**
LAW FIRM  RICHARD CORDRAY
30 E. BROAD ST., 17th FLOOR
Columbus, OH 43215

Employee of Corporation
REGINALD J. ROUTSON
300 SOUTH  MAIN STREET
FINDLAY OHIO 45840


STATE OF NORTH CAROLINA dba
**LAW FIRM ROY COOPER**
9001 Mail Service Center
Raleigh, NC 27699-9001

Employee of Corporation
**GASTON COUNTY dba**
**TAX DEPARTMENT**
P.O. BOX 1578
GASTONIA. NC. 28053-1578


Defendant.s

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

David Lee; Buess 22014 Delaware Twp Rd 184 Arlington Ohio C4S814 J

Rodney Dale; Class P.O. Box 435 High Shoals NC L28077 J

*Plaintiff*

vs.

Civil Action No. 0007868-09

STATE OF OHIO dbA Corporation

Law Firm Richard Cordray

*Defendant*

30 E Broad ST 17th Floor

Columbus Ohio 43215

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

David Lee; Buess

Name of Plaintiff's Attorney

22014 Del. Twp Rd. 184

Address

Arlington, Ohio [45814]

(419) 694-5796

Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date 10/22/09

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456(May) 03

· CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

David Lec; Buess 22014 Delaware Twp Rd Arlington Ohio C45847
Rodney Dale; class P.o. Boy 435 High Shoals NC (28077)

*Plaintiff*

vs.

Department of IRS dba Corporation,
Department of The Treasusry
Internal Revenue Service *Defendant*
Washington DC 20224

Civil Action No. 0007868-09

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

David Lee; Buess
Name of Plaintiff's Attorney

22014 Del. Twp. Rd. 184
Address
Arlington, Ohio [45814]

(419) 694 5796
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date 10/22/09

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456(May) 03

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W.,  Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

David Lee; Buess  22014  Delaware Twp Rd  Arlington  OHIO [45814]
Rodney Dale; Class  P.O.Box  435  Hist Sheeds  NC [28011]

*Plaintiff*

vs.                                                   Civil Action No. 0007868-09

Gaston County dba Corporation,
Tax Department
P.O.Box 1578                      *Defendant*
Gastonia NC 28053-1578

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below.   If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_____          *Clerk of the Court*
Name of Plaintiff's Attorney

_____          By _____
Address                                                    Deputy Clerk

_____          Date _____
Telephone

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456(Ma) 03

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
**500 Indiana Avenue, N.W.,  Room JM-170**
**Washington, D.C.  20001  Telephone: 879-1133**

David Lee, Buess 22014 Delaware Twp Rd Arlington Ohio (45814)
Rodney Dale, Class P.o Box 435 High Shoals NC (28077)

*Plaintiff*

vs.

Civil Action No. 0007868-09

Reginald J. Rowlson.
360 South Main Street
Findlay Ohio 45840

*Defendant*

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

David Lee; Buess
Name of Plaintiff's Attorney

22014 Del Twp Rd 184
Address
Arlington, Ohio [45814]

(419) 694 5796
Telephone

By _____ Deputy Clerk

Date 10 22 09

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE:  SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

CV(6)-456/May 03

CA Form 1

# Superior Court of the District of Columbia

## CIVIL DIVISION

**500 Indiana Avenue, N.W., Room JM-170**
**Washington, D.C. 20001 Telephone: 879-1133**

David Lee; Bucas  22014 Delaware Twp Rd Arlington Ohio (45814)
Redney Dale; Clasi  P O Box 435  High Shoals NC (28077)

*Plaintiff*

vs.

Civil Action No. 0007868-09

STATE OF NORTH CAROLINA dBa Corporation;
Law Firm Re: Cooper
9001 Mail Service Center.    *Defendant*
Raleigh . NC  27699.9001

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_David Lee; Bucas_
Name of Plaintiff's Attorney

_22014 Del. Twp. Rd. 184_
Address

_Arlington, Ohio [45814]_

_(419) 694 5796_
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _10/22/09_

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

CV(6)-456(Mar) 03

**CA Form 1**

# Superior Court of the District of Columbia

**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Room JM-170**
**Washington, D.C. 20001 Telephone: 879-1133**

David Lee; Buess 22014 Delaware Twp Rd 184 Arlington Ohio [45814]
Rodney Dale; Class PO Box 435 High Shoals NC [28077]

*Plaintiff*

vs. Civil Action No. 0007868-09

United State dba Corporation
Law Firm Eric Holder
950 Penn Ave NW
Washington DC 2053

*Defendant*

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

David Lee: Buess
Name of Plaintiff's Attorney

22014 Del. Twp. Rd. 184
Address
Arlington, Ohio [45814]

(419) 694 5796
Telephone

By [signature] Deputy Clerk

Date 10/22/09

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

# Superior Court of the District of Columbia

## CIVIL DIVISION - CIVIL ACTIONS BRANCH

### INFORMATION SHEET

0007808-09

_David Lee; Buess  † Rodney Dale; Class_

Case Number: _____

vs

Date: _____

_United State dba Corporation:_

☐ One of the defendants is being sued
in their official capacity.

| Name: (please print) _David Lee; Buess_ | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☑ Self (Pro Se) |
| | Other: _____ |
| Telephone No.:   Six digit Unified Bar No.: _419 694 5796_ | |

TYPE OF CASE:   ☐ Non-Jury   ☐ 6 Person Jury   ☑ 12 Person Jury
Demand:$ _30 million_   Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____   Judge: _____   Calendar #: _____

Case No.: _____   Judge: _____   Calendar #: _____

NATURE OF SUIT:   (Check One Box Only)

**A. CONTRACTS**   COLLECTION CASES
☐ 01 Breach of Contract   ☐ 07 Personal Property   ☐ 14 Under $25,000 Pltf. Grants Consent
☐ 02 Breach of Warranty   ☐ 09 Real Property-Real Estate   ☐ 16 Under $25,000 Consent Denied
☐ 06 Negotiable Instrument   ☐ 12 Specific Performance   ☐ 17 OVER $25,000
☐ 15 _____

**B. PROPERTY TORTS**
☐ 01 Automobile   ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion   ☐ 04 Property Damage   ☐ 06 Traffic Adjudication
☐ 07 Shoplifting, D.C. Code § 27-102(a)

**C. PERSONAL TORTS**
☐ 01 Abuse of Process   ☐ 09 Harassment   ☐ 17 Personal Injury – (Not Automobile,
☐ 02 Alienation of Affection   ☐ 10 Invasion of Privacy         Not Malpractice)
☐ 03 Assault and Battery   ☐ 11 Libel and Slander   ☐ 18 Wrongful Death (Not malpractice)
☐ 04 Automobile-Personal Injury   ☐ 12 Malicious Interference   ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)   ☐ 13 Malicious Prosecution   ☐ 20 Friendly Suit
☐ 06 False Accusation   ☐ 14 Malpractice Legal   ☐ 21 Asbestos
☐ 07 False Arrest   ☐ 15 Malpractice Medical (Including wrongful death)   ☐ 22 Toxic/Mass Torts
☑ 08 Fraud   ☐ 16 Negligence-(Not Automobile,   ☐ 23 Tobacco
                                      Not Malpractice)   ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496 June 09



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

DAVID LEE BUESS
    Vs.                                C.A. No.      2009 CA 007868 B
UNITED STATE DBA CORPORATION

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to:  Judge ALFRED S IRVING Jr
Date:   October 22, 2009
Initial Conference: 9:30 am, Friday, January 29, 2010
Location:  Courtroom A-47
          515 5th Street NW
          WASHINGTON, DC  20001               Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement.  The early mediation schedule shall be included in the Scheduling Order following the ISSC.  Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC."  D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator.  Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/.  To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC.  Two separate Early Mediation Forms are available.  Both forms may be obtained at www.dccourts.gov/medmalmediation.  One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator.  Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance).  Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov.  *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles.  All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation.  D.C. Code § 16-2823(a).  If the parties cannot agree on a mediator, the Court will appoint one.  D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.  D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation.  D.C. Code § 16-2826.  Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office.  The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc