UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID LEE BUESS, <br><br> and <br><br> RODNEY DALE CLASS <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA d/b/a CORPORATION, et al., <br><br> Defendants. | Civil Action 09-02151  (HHK) |

ORDER DIRECTING PLAINTIFFS TO RESPOND TO
DEFENDANT'S MOTION TO DISMISS COMPLAINT

This matter comes before the Court upon the motion of defendant United States of America for dismissal of plaintiffs' complaint [#3], filed on November 24, 2009.  In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . .. should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is by the Court this 1st day of December 2009, hereby

**ORDERED** that plaintiffs file an opposition to defendant's motion on or before December 28, 2009.  If plaintiffs fail to file a response or opposition to defendant's motion by this deadline, the Court may enter judgment in favor of defendant.  *See* LCvR 7(b).

Henry H. Kennedy, Jr.
United States District Judge