UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA
Washington, D.C.

David Lee; Buess
Private Attorney General
22014 Delaware Township Road 184
Arlington, Ohio [45814]

Rodney Dale; Class
Private Attorney General
P.O.BOX 435
High Shoals, North Carolina [28077]

CASE # 1: 09-CV- 2151 HHK

CASE 2009 CA 0007868-09
Judge Henry H. Kennedy

Petitioners
Vs.

Date 11-16-09

Christopher Wright Sanders dba
Corporate attorney for UNITED STATES OF AMERICA
Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC  20044

**RECEIVED**

NOV 3 0 2009

NANCY MAYER WHITTINGTON, CLERK
U S. DISTRICT COURT

Franchise Corporation
STATE OF OHIO dba Corporation
LAW FIRM RICHARD CORDRAY
30 E. Broad Street, 17th Floor
Columbus, OH 43215

Employee of Corporation
REGINALD J. ROUTSON
300 South Main Street
Findlay, Ohio 45840

Franchise Corporation
STATE OF NORTH CAROLINA dba Corporation
LAW FIRM ROY COOPER
9001 Mail Service Center
Raleigh, NC 27699-9001

Employee of Corporation
GASTON COUNTY dba Corporation
TAX DEPARTMENT

1

P.O. Box 1578
Gastonia, NC. 28053-1578
         Defendant

## OBJECTION TO NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

### PARTIES

First Parties: David Lee; Buess & Rodney Dale; Class will be referred to as Petitioners

Second Party: Christopher Wright Sanders, Attorney from the Office of the Chief Counsel, Internal Revenue Service (IRS), representing the Commissioner of Internal Revenue in Tax Court litigation will be referred to as Defendants.

"IT IS THE DUTY OF THE COURT TO DECLARE THE MEANING OF WHAT IS WRITTEN, AND NOT WHAT WAS INTENDED TO BE WRITTEN." J.W. Seavey Hop Corp. v. Pollock, 20 Wn.2d 337,348-49, 147 P.2d 310 (1944), cited with approval in Berg v. Hudesman, 115 Wn2d at 669.

NOW, COMES, Plaintiffs/ Petitioners David Lee; Buess & Rodney Dale; Class as Private Attorney Generals pursuant to 42 United States Codes 1983 & 1988 as created by an Act of the 31st Congress in 1866 with this **OBJECTION TO NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA.** The Court lacks Subject Matter, Venue, and Personal Jurisdiction over this case as it is in conflict of law under 28 United States Code §455, Disqualification of justice, judge, or magistrate judge. Title 28 is not just a law book; it's the Court procedure manual.

(a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.
(b) He shall also disqualify himself in the following circumstances:

> **(1)** Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding;

The UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA was a party to this case (Andrews vs. Downes, Case No. 1:06-cv-01900-RMC), in which it was involved in a cover-up or due process violation, civil rights violation, procedural violations, and obstruction of justice against the people of the united States of America. The UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA is a party to the action filed in the Superior Court of the District of Columbia, thereby causing a conflict in law by this case being before this Court, causing it to be biased and prejudiced in this action. The Court will not allow itself to be found guilty on the grounds to which Mr. Christopher Wright Sanders removed the case into this Court from the DC Superior Court.

1. Mr. Christopher Wright Sanders was aware of this conflict, knowing that Petitioners would be left without relief or remedy. The only Civilian Court in the Country that had jurisdiction was the Superior Court of the District of Columbia under 28 USC §1343 & §1443. The District of Columbia is not a State but a **Federal District** as defined in United States Supreme Court decisions and in the United States Constitution under Article I section 8 clauses 17. The Superior Court is a Federal Court as it employs Federal Marshals in the same manner as all federal courts.

2. Mr. Christopher Wright Sanders being an IRS Attorney was aware of Title 26 UNITED STATES CODES **TITLE 26 App. > TITLE II. >Rule 10. Name, Office, and Sessions.** The Superior Court was the lawful Tax Court for the District of Columbia (See

24 Am Jur 2d District of Columbia § 21: Superior Court of the District of Columbia and divisions thereof).

The District of Columbia Court of General Sessions, the Juvenile Court of the District of Columbia, and the District of Columbia **Tax Court** were consolidated in a single court known as the **Superior Court of the District of Columbia** (DC ST §11-901).

3.  Congress established the Superior Court of the District of Columbia as the trial court of **general jurisdiction** for the District of Columbia in 1970. (*"General jurisdiction" is used in reference to subject matter jurisdiction.*) Public Law 96-170 Dec. 29, 1979, "AN ACT" To permit civil suit **under section 1979 of the Revised Statutes (42 USC §1983)** against any person acting under color of any law or custom of the District of Columbia who subjects any person within the jurisdiction of the District of Columbia to the **deprivation of rights, privileges, or immunity** secured by the Constitution and laws" which includes 24 Am Jur 2d, District of Columbia §21 Superior Court of the District of Columbia and divisions thereof:

"The District of Columbia Court of General Sessions, the Juvenile Court of the District of Columbia, **and the District of Columbia Tax Court** were consolidated into a single court known as the Superior Court of the District of Columbia."

## JURISDICTION OF THE SUPERIOR COURT AND ITS AUTHORITIES BY ACTS OF CONGRESS
**TITLE 28 > PART IV > CHAPTER 85 > §1343. Civil rights and elective franchise**

(a) The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person:
(1) To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of Title 42;
(2) To recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which he had knowledge were about to occur and power to prevent;
(3) To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the

4

Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;
**(4) To recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights, including the right to vote.**
(b) For purposes of this section—
**(1) the District of Columbia shall be considered to be a State; and**
**(2) any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.**

**TITLE 42 > CHAPTER 21 > SUBCHAPTER I > § 1985. Conspiracy to interfere with civil rights**

**(2) Obstructing justice; intimidating party, witness, or juror**
If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; **or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws;**
**(3) Depriving persons of rights or privileges**
**If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws;** or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

4.  Mr. Christopher Wright Sanders is also aware of the USAM:

5

**UNITED STATES ATTORNEYS' MANUAL (USAM) Title 6, section 6-1.100 Department of Justice Policy and Responsibilities—Tax Division:**

Only attorneys whom the Department of Justice employs or authorizes to represent the United States may handle federal tax litigation in courts other than the Tax Court. Attorneys from the Office of the Chief Counsel, Internal Revenue Service (IRS), represent the Commissioner of Internal Revenue in Tax Court litigation, and may be appointed as Special Assistant United States Attorneys (SAUSAs) to handle certain tax-related bankruptcy litigation.

The information that the IRS provides to the Department of Justice for the Department's use in representing the United States in federal tax litigation is confidential. The Department may use that information only in accordance with 26 U.S.C. § 6103. Its attorneys and support staff must safeguard the information to prevent unauthorized disclosure and use. *See* Tax Information Security Guidelines for Federal, State, and Local Agencies (IRS Pub. 1075 (Rev. 2-07)).

5. Mr. Christopher Wright Sanders is an IRS Attorney under the Office of the Chief Counsel, **not** a Department of Justice Officer. This is a conflict in law and imposes fraud upon this court as he claims he is a DOJ officer. His own document declares him to be a tax attorney for the tax division.

6. Mr. Christopher Wright Sanders was aware that the UNITED STATES DISTRICT COURT has limited jurisdiction over subject matter. This case was a tax issue claim and the Petitioner did place it in the proper jurisdiction by placing it into a Tax Court under Rule 10 of the IRS codes.

7. Mr. Christopher Wright Sanders has already started out this case in a conflict in law issue. **He failed to enter the case in the Superior Court** to be a party before he filed Notice of Removal. Mr. Christopher Wright Sanders is an attorney. He knows procedure. He failed to follow procedure knowing that he would cause a conflict by introducing unclean hands into the case, resulting in dismissal by this Court. Here is a

6

prime example of fraud, obstruction, procedural violation and violation of Due Process. Both Courts have now become party to this fraud, knowingly or unknowingly.

8.  The Petitioner's claim for injury is not **if** taxes are legal or illegal, constitutional or unconstitutional, right or wrong. **It is the fraud by which it is collected**. This case has not yet begun and Mr. Christopher Wright Sanders has already perpetrated Fraud upon Two Courts and Fraud upon the Petitioners.

9.  Mr. Christopher Wright Sanders has already created a conflict in law with his opening line "Comes now defendant United States of America, improperly named by the plaintiff as United States dba Corporation and the defendant Internal Revenue Service, improperly named as Department of IRS dba corporation" (United States Court of Appeals Tenth Circuit, Weston vs. UNITED STATES OF AMERICA Case # 07-5026). The defendants are defined by this Court as Corporate Appellees. The Petitioner can produce U.S. Supreme Court Case Ruling and law books that define the UNITED STATES as a corporation and case law that defines the INTERNAL REVENUE SERVICE as a corporation. For this Court to rebut these Rulings and law books, Congressional documents and so forth would cause a conflict in law and set forth an argument by the Court. Title 28 shows the proper name of the United States. The UNITED STATES OF AMERICA is a Corporation

   a) TITLE 28 > PART IV > CHAPTER 85 > § 1345. United States as plaintiff
      Except as otherwise provided by Act of Congress, the district courts shall have original jurisdiction of all civil actions, suits or proceedings commenced by the **United States,** or by any agency or officer thereof expressly authorized to sue by Act of Congress. (NOT UNITED STATES OF AMERICA)

10. The conflict in law falls under TITLE 18 > PART I > CHAPTER 47 > §1001

7

**§ 1001. Statements or entries generally**
(a) Except as otherwise provided in this section, whoever, **in any matter within the jurisdiction of the executive, legislative, or judicial branch** of the Government of the United States, knowingly and willfully—
(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
(2) makes any materially false, fictitious, or fraudulent statement or representation; or
(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;

## CONCLUSION

The Petitioners are bringing forth the above-stated conflicts in our legal system in order to have such conflicts clarified and resolved so that relief and remedy may be granted to both sides. Mr. Christopher Wright Sanders has now introduced conflict into this Court, causing it to be become corrupt by this Removal to the UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA and has caused the Tax Court to become corrupt. Therefore, this Court has several options.

**Option 1:** Remove this case to the Homeland Security Administrative Court under the U.S. Coast Guard.

**Option 2:** Remand it to a Congressional Hearing before the Committee of the Judiciary for both the Congress and Senate to address these issues since this now poses a political question before this Court.

**Option 3:** Dismiss in the favor of the Petitioners.

**Option 4:** Commit a Fraud by moving forward with a Sham Court hearing.

All Courts deny the very issue discussed below regarding the Adversarial system.

*On Our Adversarial System; Mack vs. City of Detroit, Chief Justice Cavanagh, No. 118468, 2002.

"The adversarial system ensures the best presentation of arguments and theories because each party is motivated to succeed. Moreover, the adversarial system attempts to ensure that an active judge refrain from allowing a preliminary understanding of the issues to improperly influence the final decision. This allows the judiciary to keep an open mind

8

until the proofs and arguments have been adequately submitted. In spite of these underlying concerns, the majority today claims that the benefits of full briefing are simply a formality that can be discarded without care. The majority fails to comprehend how the skilled advocates in this case could have added anything insightful in the debate over the proper interpretation of a century's worth of precedent. Whatever its motivation, the majority undermines the foundations of our adversarial system."

11.  What Mr. Christopher Wright Sanders failed to address was the dissolution of the American Bar and placing all attorneys under a federal or state license as with any other profession, through the secretary of state, instead of allowing attorneys to continue to be under control of the judge on the bench.

12.  The new government would come with the military stepping in as in Iraq to remove a corrupt government with the militia reinstated. These points were not covered, whereas, here is the authority, the foundation of this Country:

# IN CONGRESS, JULY 4, 1776

**The unanimous Declaration of the thirteen united States of America**
When in the Course of human events it becomes necessary for one people to dissolve the political bands which have connected them with another and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation.
We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. — That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, — **That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness.** Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn that mankind are more disposed to suffer, while evils are sufferable than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security. — Such has been the patient sufferance of these Colonies; and such is now the necessity which constrains them to alter their former Systems of Government. The history of the present King of Great Britain is a history of repeated

injuries and usurpations, all having in direct object the establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid world.

13.     Each State Constitution in its first set of Articles allows the people to petition and change its form of government when it becomes corrupt to the people's will.

a. **Ohio Constitution**

§ **1.02** Right to alter, reform, or abolish government, and repeal special privileges (1851). All political power is inherent in the people. Government is instituted for their equal protection and benefit, and they have the right to alter, reform, or abolish the same, whenever they may deem it necessary; and no special privileges or immunities shall ever be granted, that may not be altered, revoked, or repealed by the general assembly.

b. **North Carolina Constitution**
**Sec. 2. Sovereignty of the people.**
All political power is vested in and derived from the people; all government of right originates from the people, is founded upon their will only, and is instituted solely for the good of the whole.
**Sec. 3. Internal government of the State.**
The people of this State have the inherent, sole, and exclusive right of regulating the internal government and police thereof, and of altering or abolishing their Constitution and form of government whenever it may be necessary to their safety and happiness; but every such right shall be exercised in pursuance of law and consistently with the Constitution of the United States.
e. **Sec. 30. Militia and the right to bear arms.** A well regulated militia being necessary to the security of a free State, the right of the people to keep and bear arms shall not be infringed; and, as standing armies in time of peace are dangerous to liberty, they shall not be maintained, **and the military shall be kept under strict subordination to, and governed by, the civil power.** Nothing herein shall justify the practice of carrying concealed weapons, or prevent the General Assembly from enacting penal statutes against that practice.

**The American people are that "civil power" in this country.**

The Dick Act of 1902 also known as the Efficiency of Militia Bill H.R. 11654, of June 28, 1902 invalidates all so-called gun-control laws. It also divides the militia into three distinct and separate entities. The three classes H.R. 11654 provides for are the organized

10

militia, henceforth known as the National Guard of the State, Territory and District of Columbia, the unorganized militia and the regular army. The militia encompasses every able-bodied male between the ages of 18 and 45. All members of the unorganized militia have the absolute personal right and 2nd Amendment right to keep and bear arms of any type, and as many as they can afford to buy. The Dick Act of 1902 cannot be repealed; to do so would violate bills of attainder and ex post facto laws which would be yet another gross violation of the U.S. Constitution and the Bill of Rights. The President of the United States has zero authority without violating the Constitution to call the National Guard to serve outside of their State borders. The National Guard Militia can only be required by the National Government for limited purposes specified in the Constitution (to uphold the laws of the Union; to suppress insurrection and repel invasion). These are the only purposes for which the General Government can call upon the National Guard. Charles Hughes of the <u>American Bar Association (ABA)</u> made a speech which is contained in the <u>Appendix to Congressional Record, House, September 10, 1917,</u> pages 6836-6840 which states: "The militia, within the meaning of these provisions of the Constitution is distinct from the Army of the United States." In these pages we also find a statement made by Daniel Webster, "that the great principle of the Constitution on that subject is that the militia is the militia of the States and of the General Government; and thus being the militia of the States, there is no part of the Constitution worded with greater care and with more scrupulous jealousy than that which grants and limits the power of Congress over it."

These are the laws as we know them—clear, precise and WRITTEN BY LAWYERS, NOT THE PEOPLE. If there is a conflict then it goes back to those who

created this conflict in law to be held accountable.

The Petitioner reserves all rights to amend at any time without the leave of Court, according to the U.S. Bill of Rights of 1789 Article 3 / amendment 1: "the right to Petition" as found in the District of Columbia National Archives.

*David Lee; Buess*

David Lee; Buess
Private Attorney General
22014 Delaware Township Road 184
Arlington, Ohio [45814]
419 694 5796

*Rodney Dale; Class*

Private Attorney General Seal



Rodney Dale; Class
Private Attorney General
P.O. Box 435
High Shoals, North Carolina [28077]
704 742 3123

## PROOF OF SERVICE

I, David Lee; Buess & Rodney Dale; Class come with, **OBJECTION TO NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA** being placed before the Clerk of Court of the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA on this day of _27_ and month of _Nov_ in the year of our Lord 2009 AD. Service will be delivered by U.S.P.S. certified mail with green card return.

*David Lee; Buess* (signature)

David Lee; Buess
Private Attorney General
22014 Delaware Township Road 184
Arlington, Ohio [45814]
419 694 5796

*Rodney Dale; Class* (signature)

Rodney Dale; Class
Private Attorney General
P. O. Box 435
704 742 3123

Cc:
Christopher Wright Sanders dba
corporate attorney UNITED STAES OF AMERICA
Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC  20044

Franchise Corporation
STATE OF OHIO dba Corporation
LAW FIRM RICHARD CORDRAY
30 E. Broad Street, 17th Floor
Columbus, OH 43215

Employee of Corporation
REGINALD J. ROUTSON
300 South Main Street
Findlay, Ohio 45840

Franchise Corporation
STATE OF NORTH CAROLINA dba Corporation
LAW FIRM ROY COOPER
9001 Mail Service Center
Raleigh, NC 27699-9001

Employee of Corporation
GASTON COUNTY dba Corporation
TAX DEPARTMENT
P.O. Box 1578
Gastonia, NC. 28053-1578