UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA
Washington, D.C.

David Lee; Buess

Private Attorney General

22014 Delaware Township Road 184

Arlington, Ohio [45814]

Rodney Dale; Class

Private Attorney General

P.O.BOX 435
High Shoals, North Carolina [28077]
Petitioners

Vs.

Christopher Wright Sanders
Corporate attorney for
UNITED STATES OF AMERICA
Tax Division
P.O. Box 227
Washington, DC 20044

Franchise Corporation

**STATE OF OHIO dba Corporation**

LAW FIRM RICHARD CORDRAY
30 E. Broad Street, 17th Floor
Columbus, OH 43215

Employee of Corporation

REGINALD J. ROUTSON

300 South Main Street

Findlay, Ohio 45840

Franchise Corporation

STATE OF NORTH CAROLINA dba Corporation

**LAW FIRM ROY COOPER**
9001 Mail Service Center
Raleigh, NC 27699-9001

Employee of Corporation

GASTON COUNTY dba Corporation

TAX DEPARTMENT

P.O. Box 1578

CASE #: 1:09-cv-02151-HHK

Judge Henry H. Kennedy

(Formerly Civil Action No. 7868-09
in the Superior Court of the District
of Columbia)

Date Removed 11-16-09

Gastonia, NC 28053-1578

           Defendants

# OBJECTION TO CHRISTOPHER WRIGHT SANDER'S
## MOTION TO DISMISS AND REQUEST FOR AN OPINION OF THE COURT, THE UNITED STATES DISTRICT OF THE DISTRICT OF COLUMBIA LACK SUBJECT MATTER AND JURISDSICTION

NOW, COMES, the Petitioners, with an OBJECTION TO CHRISTOPHER WRIGHT SANDER'S MOTION TO DISMISS AND REQUEST FOR AN OPION OF THE COURT, THE UNITED STATES DISTRICT OF THE DISTRICT OF COLUMBIA LACK SUBJECT MATTER AND JURISDICTION.

1.    The UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA **lacks jurisdiction** as it is a court of limited jurisdiction. The UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA is also a party to this action and under Title 28 USC §455, which codifies "court procedure," this court has a vested interest in the outcome.

2.    Mr. Sanders <u>twice</u> has stated in his pleadings before this court that the Petitioners have made claims "including, but not limited to" war crimes, hate crimes, R.I.C.O. violation, crimes against humanity, multiple types of fraud, conspiracy, obstruction of justice, money laundering, perjury, and violation of multiple civil rights statutes. These were the defendant's grounds for removing the case from the District of Columbia Superior Court /Tax Court to the Federal District Court. In Mr. Sander's memorandum again he states these issues of war crimes, hate crimes, R.I.C.O. violation, crimes against humanity, multiple types of fraud, conspiracy, obstruction of justice, money laundering, perjury, and violation of multiple civil rights statutes. Mr. Sanders is also trying to invoke what is known as the Black Letter Law to bring the hearing into his own court.

3. Mr. Sanders has shown that the Petitioners have followed Rule 8 in their pleading as to a simple statement of claim and Mr. Sanders has pointed out that Petitioners have named many forms of relief which comply with 12(b)(6).

4. In his memorandum, Mr. Sanders now shows a conflict within his own pleadings by first claiming the Petitioner set forth allegations of "not limited to" and now claiming that the Petitioners failed to meet Heightened Pleading standards. Mr. Sanders stated that the Petitioner asked for relief "including, but not limited to" and now Mr. Sanders states that the Petitioner failed to state requested relief. Mr. Sanders shows a conflict in his own documents.

5. The Petitioners followed Rule 10 from the IRS Code and placed this issue before a proper tax court. Mr. Sanders has failed to provide any evidence that the Superior Court was not the proper Tax Court since this is a tax issue. The Petitioners are not arguing whether taxes are right or wrong, constitutional or unconstitutional, legal or illegal. The issue before the court is how the taxes are being collected and the fraud involved. The constitution describes the authority delegated to Congress to collect taxes. The IRS Code describes how taxes are to be collected. Now, Mr. Sanders, by removing this case to federal court, wants to suppress that evidence that **the IRS has no authority to collect taxes**. Mr. Sanders is asking this court to suppress Congressional Records, the IRS Code, and multiple other legal documents related to this case. This is a conflict in law.

6. Mr. Sanders claims the UNITED STATES has immunity and sovereignty but fails to state and clarify which "UNITED STATES." The United States Supreme Court has ruled that there are <u>three</u> United States. Anybody can claim immunity by asking the court to suppress all case law that comes into conflict. When the court denies the right to a fair and honest Adversarial System, the Court itself becomes corrupt. Title 18 USC §1001 now has been violated by both parties.

**CASELAW**

"The term 'United States' may be used in any one of several senses. [1] It may be merely the name of a sovereign occupying the position analogous to that of other sovereigns in the family of nations. [2] It may designate the territory over which the sovereignty of the United States extends, or [3] it may be the collective name of the states which are united by and under the Constitution."*Hooven & Allison Co. v. Evatt, U.S. Ohio*, 324 U.S. 652, 65 S.Ct. 870, 880, 89 L.Ed. 1252. Also, *Black's Law Dictionary, Sixth Edition.*

*United States v. Bevans*, 16 U.S. 3 Wheat. 336 336 (1818)

*United States v. Cruikshank*, 92 U.S. 542 (1875)

    Each of these three case law above define the United States 1. as a federal corporation within the District of Columbia, 2. one of the several fifty state or 3. international

"To lay with one hand the power of the government on the property of the citizen, and with the other to bestow it upon favored individuals to aid private enterprises and build up private fortunes, is none the less robbery because it is done under the form of law and is called taxation. This is not legislation. It is a decree under legislative forms." *Citizens' Savings & Loan Assn v. Topeka*, 20 Wall (87 US) 655, 664 (1874)

"...where any state proceeds against a private individual in a judicial forum it is well settled that the state, county, municipality, etc. waives any immunity to counters, cross claims and complaints, by direct or collateral means regarding the matters involved." *Luckenback v. The Thekla*, 295 F 1020, 226 U.S. 328; *Lyders v. Lund*, 32 F2d 308; *Dexter v. Kunglig J.*, 43 F2d 705, 282 US 896; *U.S. v. N.C.B.N.Y.*, 83 F2d 236, 106 ALR 1235, affirmed; *Russia v. BTC*, 4 F Supp 417, 299 U.S. 563.

"Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial person. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this that no government as well as any law, agency, aspect, court, etc., can concern itself with anything other that corporate, artificial persons and the contracts between them." *Penhallow vs. Doane's Administrator*, 3 US 54, 1 L.Ed.57, 3 Dall. 54 (1795)

"The government, by becoming a corporator, lays down its sovereignty... exercises no power or privilege which is not derived from the charter." *Bank of U.S. v. Planters Bank* 9 Wheaton (22 US) 904; 6 L. Ed. 24, (1824)

"Governments lose their immunity and descend to level of private corporations when involved in commercial activity enforcing negotiable instruments, as in fines, penalties, assessments, bails, taxes, the remedy lies in the hand of the state and its municipalities seeking remedy." *Rio Grande v. Darke*, 167 P.241.

"The rule of governmental immunity as to all political subdivisions of government is hereby abrogated as it has heretofore been abrogated as to municipal corporations, i.e., cities. No longer is the defense of governmental immunity for tort liability available, irrespective of whether the involved political subdivision is functioning 'governmentally' or 'proprietarily'." *Myers v Genessee County*, 375 Mich 1, 1965.

"The general rule is that a qualified immunity defense fails once a plaintiff has alleged that defendants have violated the plaintiff's clearly established rights. Occasionally, however, objectively "extraordinary circumstances" are present which combine to justify a grant of immunity nonetheless." *Harlow v. Fitzgerald*, 457 U.S. 800, 819 (1982).

"Sovereign immunity does not apply where (as here) government is a lawbreaker or jurisdiction is the issue." *Arthur v. Fry*, 300 F.Supp. 622 (1960).

The Legislative Act of February 21, 1871, Forty-first Congress, Session III, Chapter 62, page 419, chartered a Federal company entitled "United States," a/k/a "US Inc.," a "Commercial Agency" originally designated as "Washington, D.C.," in accordance with the 14th Amendment, which upholds the debt of the USA and US Inc. in Section 4.

"There is no such thing as a power of inherent sovereignty in the government of the United States... In this country sovereignty resides in the people, and Congress can exercise no power which they have not, by their Constitution entrusted to it. All else is withheld." *Juilliard v. Greenman*, 110 U.S. 421 (1884)

"In the United States, sovereignty resides in the people... the Congress cannot invoke sovereign power of the People to override their will as thus declared." *Perry v. U.S.*, 294 U.S. 330 (1935)

"Sovereignty itself is, of course, not subject to law, for it is the author and source of law... While sovereign powers are delegated to...the government, sovereignty itself remains with the people." *Yick Wo v. Hopkins*, 118 U.S. 356 (1886)

7.      Mr. Sanders and the Petitioners can quote case law all day regarding who has immunity or sovereignty and who doesn't. For every argument "for" there is an argument "against." The lawyers and the courts have assured us of this, so that there is a constant conflict in law. The issue before the Tax Court regards the crime of FRAUD that has been committed – that is the issue. The Petitioners

**again will state it's not an issue concerning constitutional or unconstitutional, legal or not legal, right or wrong** but, the issue is the **FRAUD** used to collect taxes.

8.      The UNITED STATES DISTRICT COURT of the DISTRICT OF COLUMBIA lacks jurisdiction to hear this case. Mr. Sanders has now pointed out that these are now violations under the Patriot Act, Section 800, and domestic terrorism. This now falls under the jurisdiction of Homeland Security to hear this case. The United States Coast Guard, being the head of this department, now must be notified of this case to take action. (Title 18 USC §4 & (a) DOMESTIC TERRORISM DEFINED - Title 18 USC §2331) The UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA lacks any power of authority or jurisdiction to hear or dismiss this case. Now that Mr. Sanders has come before the court with these allegations made by the Petitioners, the UNITED STATES DISTRICT COURT has but one choice under the law. The UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA now must notify the Department of Homeland Security and move this case over to them to be heard, in order to uphold ethics and maintain honor and to avoid becoming a co-conspirator in this actionable fraud. This court is under the impression that the Petitioners lack the ability to prove its case. Or knows the Petitioners can and well expose this fraud and the misuse of trillions of tax dollars going into private accounts by and thru sham court hearing which are trade on the stock market by and thru private insurance company who buy the case number and insurance them as bonds This act deny the people a fair hearing. It insure the court bias and prejudice against the people of this nation

9       The Petitioners **demands** that this Court now remove this case to Homeland Security Administrative Court, to be heard before the United States Coast Guard, and to place this issue before the United States Committee for the Judiciary for a hearing.

There are 12 Military Districts laid out in this Nation under the control of the military. This nation has been under the Emergency War Powers Act since 1933. Title 10 UCMJ is now the Ruling Authority in

this Nation.

Title 10 USC §333: Major public emergencies; interference with State and Federal law

### TITLE 10 > Subtitle A > PART I > CHAPTER 15 > § 333

§ 333. Interference with State and Federal law

The President, by **using the militia** or the armed forces, or both, or by any other means, shall take such measures as he considers necessary to suppress, in a State, any insurrection, domestic violence, unlawful combination, or conspiracy, if it—

(1) so hinders the execution of the laws of that State, and of the United States within the State, that any part or class of its people is deprived of a right, privilege, immunity, or protection named in the Constitution and secured by law, **and the constituted authorities of that State are unable, fail, or refuse to protect that right, privilege, or immunity, or to give that protection; or**

**(2) opposes or obstructs the execution of the laws of the United States or impedes the course of justice under those laws.**

**In any situation covered by clause (1), the State shall be considered to have denied the equal protection of the laws secured by the Constitution.**

10.    This case concerns the Administrative activity of the UNITED STATES corporation within the ten-mile square of the District of Columbia, and the abuse and misuse of our military and the people due to tax fraud.   Mr. Sanders is wrong. That the IRS can not be sued. *Cohen v. Commissioner*, No. 08-5088 (D.C. Cir. Aug. 7, 2009)  The Petitioners are covered under Title 31 §3729  False Claims as Whistleblowers.

### TITLE 31 > SUBTITLE III > CHAPTER 37 > SUBCHAPTER III > § 3729

§ 3729. False claims

**(a) Liability for Certain Acts.**— Any person who—

(1) knowingly presents, or causes to be presented, to an officer or employee of the United States Government or a member of the Armed Forces of the United States a false or fraudulent claim for payment or approval;

(2) knowingly makes, uses, or causes to be made or used, a false record or statement to get a false or fraudulent claim paid or approved by the Government;

(3) conspires to defraud the Government by getting a false or fraudulent claim allowed or paid;

*David Lee Buess*

David Lee; Buess

Private Attorney General

22014 Delaware Township Road 184

Arlington, Ohio [45814]

419 694 5796

*Rodney Dale; Class*

Rodney Dale; Class

Private Attorney General

P.O. Box 435

High Shoals, North Carolina [28077]

704 742 3123

Private Attorney General Seal



## PROOF OF SERVICE

I, David Lee; Buess & Rodney Dale; Class come with, OBJECTION TO CHRISTOPHER WRIGHT SANDER'S MOTION TO DISMISS AND REQUEST FOR AN OPION OF THE COURT, THE UNITED STATES DISTRICT OF THE DISTRICT OF COLUMBIA LACK SUBJECT MATTER AND JURISDICTION. To being placed before the Clerk of Court of the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA on this day of ___1 sT___ and month of ___OcT___ in the year of our Lord 2009 AD.

Service will be delivered by U.S.P.S. certified mail with green card return

*David Lee! Buess*

David Lee; Buess

Private Attorney General

22014 Delaware Township Road 184

Arlington, Ohio [45814]

419 694 5796

*Rodney Dale; Class*

Rodney Dale; Class

Private Attorney General

P. O. Box 435

704 742 3123

Cc:

Christopher Wright Sanders
U.S. DEPARTMENT OF JUSTICE
Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC  20044

Franchise Corporation

STATE OF OHIO dba Corporation

LAW FIRM RICHARD CORDRAY
30 E. Broad Street, 17th Floor
Columbus, OH 43215

Employee of Corporation

REGINALD J. ROUTSON

300 South Main Street

Findlay, Ohio 45840

Franchise Corporation

STATE OF NORTH CAROLINA dba Corporation

LAW FIRM ROY COOPER
9001 Mail Service Center
Raleigh, NC 27699-9001

Employee of Corporation

GASTON COUNTY dba Corporation

TAX DEPARTMENT

P.O. Box 1578

Gastonia, NC 28053-1578

      Defendants


Secretary Janet Napolitano
Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**Rep. Bennie G. Thompson**

U.S. House of Representatives
Committee on Homeland Security
Washington, D.C. 20515

Coast Guard Headquarters
Commandant, U.S. Coast Guard,
2100 Second Street, SW,
Washington, DC 20593

FORT BRAGG
Colonel David B. LeMank
PMO Bldg 2-563
Fort Bragg N.C. 28310-5000