UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID LEE BUESS,<br><br>    and<br><br>RODNEY DALE CLASS<br><br>                    Plaintiffs,<br><br>               v.<br><br>UNITED STATES OF AMERICA d/b/a<br>CORPORATION, et al.,<br><br>                    Defendants. | Civil Action 09-02151  (HHK) |

ORDER DIRECTING PLAINTIFFS TO RESPOND TO
DEFENDANTS' MOTIONS TO DISMISS

   This matter comes before the Court upon defendant the Honorable Reginald J. Routson's and defendant the State of North Carolina's motions to dismiss plaintiffs' complaint, filed on December 2, 2009 and December 3, 2009, respectively [## 10, 12].   In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . .. should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case."  *Id.* at 509.

   Accordingly, it is by the Court this 8th day of December 2009 hereby

**ORDERED** that plaintiffs file an opposition to defendants' motions on or before December 28, 2009. If plaintiffs fail to file a response or opposition to defendants' motions by this deadline, the Court may enter judgment in favor of defendants. *See* LCvR 7(b).

                                        Henry H. Kennedy, Jr.
                                        United States District Judge