# UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA
### Washington, D.C.

David Lee; Buess
Private Attorney General
22014 Delaware Township Road 184
Arlington, Ohio [45814]

Rodney Dale; Class
Private Attorney General
P.O.BOX 435
High Shoals, North Carolina  [28077]

Petitioners

Vs.

UNITED STATES dba CORPORATION

Christopher Wright Sanders
Corporate Attorney for
UNITED STATES dba CORPORATION
Tax Division
P.O. Box 227
Washington, DC 20044

Franchise Corporation
STATE OF OHIO dba Corporation
LAW FIRM RICHARD CORDRAY
30 E. Broad Street, 17th Floor
Columbus, OH 43215

Employee of Corporation
REGINALD J. ROUTSON
300 South Main Street
Findlay, Ohio 45840

Franchise Corporation
STATE OF NORTH CAROLINA dba Corporation
LAW FIRM ROY COOPER
9001 Mail Service Center
Raleigh, NC 27699-9001

Employee of Corporation
GASTON COUNTY dba Corporation
TAX DEPARTMENT
P.O. Box 1578
Gastonia, NC 28053-1578

Defendants

**CASE #: 1:09-cv-02151-HHK**
Judge Henry H. Kennedy
(Formerly Civil Action No. 7868-09
  in the Superior Court of the District
  of Columbia)

Date Removed 11-16-09

# RECEIVED

DEC 0 8 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

**OBJECTION TO AARON L. HANDLEMAN & JUSTIN MICHAEL FLINT
MOTION TO DISMISS AND REQUEST FOR AN OPINION OF THE COURT,
THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
LACKS SUBJECT MATTER JURISDSICTION**

NOW COMES, Petitioner with an OBJECTION TO AARON L. HANDLEMAN

& JUSTIN MICHAEL FLINT'S MOTION TO DISMISS AND REQUEST FOR AN

OPINION OF THE COURT, THE UNITED STATES DISTRICT COURT OF THE

DISTRICT OF COLUMBIA LACKS SUBJECT MATTER JURISDSICTION. The

Petitioners will point out that this Country is on Yellow Alert (ELEVATED). This

country has been at WAR for 70-plus years. The Emergency War Powers Act was

proclaimed and is renewed every two years. All charges brought by the Courts on the

American people come under criminal. There are only four types of actions under which

a Court can operate: 1) the first is under the federal rules of civil procedure Rule 2 "Civil

action," 2) the second is under the TWEA Chapter 3 Section 23 "Criminal Action," 3) the

third is under Equity which is "Monetary action," and 4) the fourth is under Admiralty

Contract action. The last two actions come from the Constitution under Article III

section 2. The Courts **deny** the use of these last two. That leaves Civil or Criminal. It is a

well-documented fact that in every Court case where the STATE OF or THE UNITED

STATES brings charges against the American people, that all civil charges turn into

criminal charges. There is only one place in law that allows charges to be brought in the

name of the Government, and the government has always failed to produce any injured

party, other than itself, in these courtrooms. Title 50 of the UNITED STATES CODE,

under the Trading With the Enemy Act, is the only place in law that allows the

government to bring criminal charges, because it is the Country as a whole that has been

2

.attacked.

Under The Amendatory Act of March 9, 1933. Title 50, USC Trading with the Enemy Act Public Law No. 65-91 (40 Stat. L. 411) October 6, 1917, the original Trading with the Enemy Act **excluded citizens of the United States** from being treated as the enemy when involved in transactions wholly within the United States.  The Amendatory Act of March 9, 1933, however, **included the people** of the United States as the enemy by inserting the following "**citizens within the United States.**"  The issue of Criminal charges in the name of the government only upon the American national(s) comes from the misuses of Title 50 of the USC TWEA.  It has been well-established that the Federal and State Courts "ARE TO" operate under Common law civilly and criminally. There has to be a real injured party under any Civil action in law – "Rule 17" supports that fact. This case proves that point.  The Petitioners are real people.  The Defendants are real people who represent the CORPORATION in their employee positions.

The Defendants foot notes are not quit correct in whole as usually" 1. The trading with the Enemy Act, which restricts trade with the countries that are hostile to the United Stares, is codified at 12 USC 95a. (This much is some what right) The truth was to make Germany and its Allies in 1917 come under the Federal Reserve Bank system so those who did not could not trade with other countries. (Federal Reserve started in 1913)

The Defendants Attorneys have pointed out that the Petitioners have followed Rule 8 requiring a plain simple statement of the Petitioners' Factual Allegation, claims "including, but not limited to" war crimes, hate crimes, R.I.C.O. violation, crimes against humanity, multiple types of fraud, conspiracy, obstruction of justice, money laundering, perjury, and violation of multiple civil rights statutes, and that the Petitioners followed

Rule 12 (b)(6) and asked for relief "including, but not limited to" monetary damages etc.

Now in their Motion to Dismiss, the Defendants' Attorneys show a conflict within their own pleadings by first claiming the Petitioners set forth Factual Allegations of "including, but not limited to" and then claiming that the Petitioners failed to meet Heightened Pleading standards. The defendants' attorneys stated that the Petitioner asked for relief "including, but not limited to" and now states that the Petitioners failed to state requested relief. The Defendants are showing a conflict in their own documents. The Attorneys for the defendants are educated with law degrees from Yale, Stanford, Harvard etc., and the Petitioners are not, but are educated in the school of hard knocks on the streets.

The Petitioners are not required to do Heightened Pleadings but to give a simple statement, which has been done, as pointed out by attorneys for both the IRS and for Mr. REGINALD J. ROUTSON.

The Petitioners will break down the basic facts and list them below, since ALL defendants are guilty of these issues.

It is the duty of the people in these positions to uphold and protect the rights of every American to instill trust and integrity in a time when this Country is in such a state of emergency. In such a time as this, any act that violates the people's rights, and wars against the constitution, is an act of Treason in a time of WAR. Article III defines the penalty for treason on the testimony of two people or by an act of admission in Court and the Defendants Attorneys have stated these charges against their Clients for such removal into this Court. Mr. REGINALD J. ROUTSON is an employee of this corporation and is educated in the laws and in the procedures of the law and is aware of the State of

4

Emergency that this Country has been in. for the last 70 plus years. Being knowledgeable of "All" Federal and State statutes and educated in "All" legal procedures and Congressional Acts, Executive Orders, Case law and public law such as these stated in the complaint, and their meaning, and swearing an OATH to uphold the Constitution, as did All of the Defendants, and their Attorneys have no excuse for the following behavior as this applies to all of the Defendants.

1.    Mr. REGINALD J. ROUTSON, who did knowingly conceal, suppress and allow procedure violation in his presents to deprive Petitioner David Lee; Buess of his right, privilege, immunity, or protection named in the Constitution and secured by law, shall and did deny the equal protection of the law secured by the Constitution.

2.    Mr. REGINALD J. ROUTSON did knowingly interfere with federal and state laws, depriving the Petitioner of equal protection as found in Title 42 UNITED STATES CODES §1981 and under the 14th amendment of the constitution.

3.    Mr. REGINALD J. ROUTSON, by doing so, did in full knowledge, violate Title 18 UNITED STATES CODES §1918, "Disloyalty and asserting the right to strike against the government: a) advocates the overthrow of our constitutional form of government" by concealing and suppressing federal and state statutes and procedures and Constitutionally-protected rights on behalf of the IRS against the Petitioners' case against the Co-Defendant IRS.

4.    Mr. REGINALD J. ROUTSON is in violation of Title 18 chapter 115 §2383, "Rebellion or insurrection: Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the LAWS THEREOF…" Mr. REGINALD J. ROUTSON is a man who is educated  and schooled

in the laws and procedures and knows that the IRS code book defines who is required to pay taxes and knows Congress has stated income tax is "voluntary." Mr. REGINALD J. ROUTSON has refused to follow the laws  under Title 26 U.S.C and the procedures in Title 28 U.S.C created by our Congress, thereby operating a private enterprise and private corporation.

5.      Mr. REGINALD J. ROUTSON did allow the Co-Defendant IRS to violate procedures and the statutory law under 26 U.S.C. and 28 U.S.C. by not having the Petitioners served properly by and through a United States Marshal and with out a Certify Notice from the Secretary of Treasury placing a lien against the Petitioners.Federal Debt Collection Act is being violated, willful failure to follower Federal and State Statutory law. Title 28 UNITED STATES CODES PART VI > CHAPTER 176 > SUBCHAPTER B > § 31021) The United States Marshal receiving the writ shall proceed without delay to levy upon the property specified for attachment if found within the district. The United States marshal may not sell property unless ordered by the court. These law only apply to those under Title 26 Section 6331 those who hold public office. Title 26 UNITED STATES CODES provides who has vested powers. Secretary of the Treasury to place lien and remove such liens These are the federal procedure and laws that are being concealed and suppressed in the Court. By the IRS and the Court are going along with it. This is the fraud in the tax collection. Federal Debt Collection Act fall under Judicial Procedure and the federal and state courts are over running federal and state laws and courtroom procedures. IRS agent are taking the place of U.S. Marshal which violate the law and procedures and most document fail to meet IRS CODES Rule 23 Form and Style of Papers(3) **Signature as the IRS agent cannot sign it because it required a U.S.**

**Marshal to legally serve all documents to do so would be false personation a U.S. Marshal this would 18 U.S.C. 912** and the judges of the Court know this as it is procedure in the law and the Court allow the IRS to suppress this law and procedure in Court. This is the reason why the IRS is asking court to deny the Clarification Order that the Petitioners filed into the Superior Court to suppress this fact in law.When the Courts and the defendants are allow to suppress the truth and the Congressional intent of the law .This is willful interference of federal and states statutes and the overthrow of a constitutional form of government and depriving a class of people of their protected rights under the law. What does the IRS have to hide if they are adhering to the letter of the law. Why not say OK here the law this is what it says. When a NOTICE OF LIEN is use **ONLY** part (B) and down is served on the Banks. Employers and the Clerk of Courts against the people. What about part (A) why is it always left off. Because Part (A) define who the Notice of Lien can be served on. Why is this suppressed? What do they have to hide if it honest service.

6.     The Petitioner filed a Notice of Default for failure to show on the Co-Defendant IRS and Mr. REGINALD J. ROUTSON rule in favor of the Co-defendants IRS. Petitioners will bring to the Court's attention Docket #6, dated 12/1/09, "ORDER advising plaintiff to respond to Docket #3, United States' motion to dismiss by December 28, 2009, or the Court may enter judgment in favor of defendant," signed by Judge Henry H. Kennedy, Jr. on December 1, 2009. (NP) (Entered: 12/01/2009) Where was the Petitioner's equal protection under the constitution and in statutory law when the Co-defendant IRS failed to respond in the Petitioner's case before Mr. REGINALD J. ROUTSON?

7.      Mr. REGINALD J. ROUTSON has proven his willingness to reject

Federal and State statutes, procedures, violate constitutionally protected rights, overthrow

Congressional Acts and refuse to protect that right, privilege, or immunity, or to give that

protection, or oppose or obstructs the execution of the laws of the United States or

impedes the course of justice under those laws.

8.      Mr. REGINALD J. ROUTSON failed to uphold his Oath to the

Constitution, violated Title 18 UNITED STATES CODES §1001: "2) makes any

materially false, fictitious, or fraudulent statement or representation; or (3) makes or uses

any false writing or document knowing the same to contain any materially false,

fictitious, or fraudulent statement or entry."

9.      Mr. REGINALD J. ROUTSON did willingly violate his oath to the

Constitution and to uphold the Federal and States statutes, Title 18 UNITED STATES

CODE §1621 "Perjury generally:  Whoever — (1) having taken an oath before a

competent tribunal, officer, or person, in any case in which a law of the United States

authorizes an oath to be administered, that he will testify, declare, depose, or certify truly,

or that any written testimony, declaration, deposition, or certificate by him subscribed, is

true, willfully and contrary to such oath states or subscribes any material matter which he

does not believe to be true;"

10. The Petitioner will point out in the Constitution the Two years that taxes can be

collected off of the people. " To raise and support Armies, but no Appropriation of

Money to that Use shall be for longer Term than two years" This Country been is state of

WAR/Emergency for 70 plus years. This tax money was for Military use only to defend

this country. The tax money collected off the people has been fraudulently take and

misused. The defendants are operating their private enterprise and created their own

corporation by misusing the words UNITED STATES, STATE OF, in all Caps on the

Court filing creating that private corporation.   When the want to address the real State

and the government side it spelled in proper language as the Defendants did in their filing

into this Court. The Defendants Attorneys are show in their own writing that their are two

different version of two different states. This goes back to the government Style manual.

The moment the defendants deal in the Corporate equity side  in the courtrooms all

immunity and sovereignty are lost because they now act as a corporations out of their

jurisdiction.

## CASELAW

*United States v. Chadwick*, 433 U.S. I at 16 (1976)
"It is deeply distressing that the Department of Justice, whose mission is to protect the
constitutional liberties of the people of the United States, should even appear to be
seeking to subvert them by extreme and dubious legal argument."


Federal court holds that a county government is a "person" susceptible to suit
under federal civil rights law Smallwood v. Jefferson county Government, 753 F.Supp.
657 (WD Ky 1991

Federal Law and Supreme Court Cases apply to State Court Cases. *Howlett v. Rose,* 496
U.S. 356 (1990)


There is a general rule that a ministerial officer who acts wrongfully, although in good
faith, is nevertheless liable in a civil action and cannot claim the immunity of the
sovereign. *Cooper v. O'Conner,*99 F.2d 133


When a judicial officer acts entirely without jurisdiction or without compliance with
jurisdiction requisites he may be held civilly liable for abuse of process even though his
act involved a decision madein good faith, that he had jurisdiction. *State use of Little v.
U.S. Fidelity & Guaranty Co.,* 217 Miss. 576, 64 So. 2d 697.

"... the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument." *Marbury v. Madison,* 1 Cranch 137 (1803).

"No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries is nothing less than lawless violence." *Ableman v. Booth,* 21 Howard 506 (1859).

*An officer who acts in violation of the Constitution ceases to represent the government* Brookfield Const. Co. v. Stewart, 284 F. Supp. 94.

In Scheuer v. Rhodes , 416 U.S. 232, 248-9 (1974), the Supreme Court rejected a claim of absolute immunity for state executive officers under 42 U.S.C. 1983:

OWEN v. CITY OF INDEPENDENCE, 445 U.S. 622 (1980): A municipality has no immunity from liability under 1983 flowing from its constitutional violations and may not assert the good faith of its officers as a defense to such liability. Pp. 635-658

Purpose of statute that mandated that any person who under color of law subjected another to deprivation of his constitutional rights would be liable to the injured party in an action at law was not to abolish immunities available at common law, but to insure that federal courts would have jurisdiction of constitutional claims against state officials. Act March 3, 1875, 18 Stat. 470.Butz v. Economou 438 U.S. 478, 98 S.Ct. 2894 (U.S.N.Y.,1978).

Malfeasance in office, or official misconduct, is the commission of an unlawful act, done in an official capacity, which affects the performance of official duties. Malfeasance in office is often grounds for a for cause removal of an elected official by statute or recall election. Malfeasance has been defined by appellate courts in other jurisdictions as a wrongful act which the actor has no legal right to do; as any wrongful conduct which affects, interrupts or interferes with the performance of official duty; as an act for which there is no authority or warrant of law; as an act which a person ought not to do; as an act which is wholly wrongful and unlawful; as that which an officer has no authority to do and is positively wrong or unlawful; and as the unjust performance of some act which the party performing it has no right, or has contracted no, to do.

*Daugherty v. Ellis*, 142 W. Va. 340, 357-8, 97 S.E.2d 33, 42-3 (W. Va. 1956) (internal citations omitted). Also See:United States v Lee 106 U.S. 196, 1 S.Ct. 240 (1882): the

Court stated: "No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law and are bound to obey it. It is the only supreme power in our system of government, and every man who by accepting office participates in its functions is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes upon the exercise of the authority which it gives," at 220.

Haas v. Henkel, 1909, 30 S.Ct. 249, 216 U.S. 462, 54 L.Ed. 569, 17 Ann.Cas. 1112 where court said: "The statute is broad enough in its terms to include any conspiracy for the purpose of impairing, obstructing, or defeating the lawful functions of any department of government," and United States v. Walter, 1923, 44 S.Ct. 10, 263 U.S. 15, 68 L.Ed. 137. In Henkel, party conspired to use official government information in a scheme of fraud.

Gonzalez v. Commission on Judicial Performance, (1983) 33 Cal. 3d 359, 371, 374 Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process.

*Duncan v. Missouri, 152 U.S. 377, 382 (1894)*
Due process of law and the equal protection of the laws are secured if the laws operate on all alike, and do not subject the individual to an arbitrary exercise of the powers of government."

"To lay with one hand the power of the government on the property of the citizen, and with the other to bestow it upon favored individuals to aid private enterprises and build up private fortunes, is none the less robbery because it is done under the form of law and is called taxation. This is not legislation. It is a decree under legislative forms." *Citizens' Savings & Loan Assn v. Topeka*, 20 Wall (87 US) 655, 664 (1874)

"...where any state proceeds against a private individual in a judicial forum it is well settled that the state, county, municipality, etc. waives any immunity to counters, cross claims and complaints, by direct or collateral means regarding the matters involved." *Luckenback v. The Thekla*, 295 F 1020, 226 U.S. 328; *Lyders v. Lund*, 32 F2d 308; *Dexter v. Kunglig J.*, 43 F2d 705, 282 US 896; *U.S. v. N.C.B.N.Y.*, 83 F2d 236, 106 ALR 1235, affirmed; *Russia v. BTC*, 4 F Supp 417, 299 U.S. 563.

"Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial person. The imaginary, having neither actuality nor substance, is foreclosed from creating and

attaining parity with the tangible. The legal manifestation of this that no government as well as any law, agency, aspect, court, etc., can concern itself with anything other that corporate, artificial persons and the contracts between them." *Penhallow vs. Doane's Administrator*, 3 US 54, 1 L.Ed.57, 3 Dall. 54 (1795)

"The government, by becoming a corporator, lays down its sovereignty... exercises no power or privilege which is not derived from the charter." *Bank of U.S. v. Planters Bank* 9 Wheaton (22 US) 904; 6 L. Ed. 24, (1824)

Federal statutory law, enacted pursuant to constitutional authority, is clearly controlling over state statutory and decisional law. U.S. Const. Art. VI, cl. 2. Frequently, the federal law applicable in government litigation is decisional rather than statutory. See, e.g., Clearfield Trust Co. v. United States, supra; United States v. Little Lake Misere Land Co., 412 U.S. 580, 590-94 (1973); United States v. View Crest Garden Apartments, Inc., 268 F.2d 380 (9th Cir.), cert. denied, 361 U.S. 884 (1959). Thus, the rights of parties to government contracts and negotiable instruments are to be determined by federal rather than state law.

Clearfield Trust Co. v. United States, supra; United States v. Allegheny County, 322 U.S. 174 (1944); United States v. First National Bank of Atlanta, Ga., supra; cf. Free v. Bland, 369 U.S. 663 (1962). The rationale for this rule is found in the necessity for uniform construction and application of such contracts and instruments throughout the United States. See Clearfield Trust Co. v. United States, supra; T.H. Rogers Lumber Co. v. Apel, 468 F.2d 14 (10th Cir. 1972).

The relationship between federal and state law was significantly affected by the Supreme Court's decision in United States v. Kimbell Foods, Inc., supra. See Commercial Litigation Branch Monograph "Choice of Laws Decisions in Federal Courts after Kimbell Foods" (November 1983).

Federal courts must follow and apply both state statutes *and* state case law in deciding cases unless the case is governed by federal statutes or the United States Constitution. *Erie Railroad v. Tompkins*304 U.S. 64 (1938)

11. The Defendants Attorney and the Petitioners can quotes case law all day regarding

who has immunity or sovereignty and who doesn't. For ever argument "FOR " there is

an argument "Against". The lawyers and the Courts have assured us of that there is a

constant conflict. The issue before the Court is FRAUD and crimes against the Petitioners

and the people of this nation by the Defendants who willfully violate procedures and

interfered with Federal and State statutes disregard protected rights in the constitution, by concealing terminology of words, covering up and suppressing proper procedures to be done by the IRS and other officers of the Court and suppressing evident that would cure the problems between the people and the system. The Defendants willingly violate the rights of the Petitioners and the people to receive federal funding from tax dollars and allowing the IRS violate proper procedure to collect more tax money from the people to continue the non stop cycle federal funding and tax fraud.

12. The Petitioners again state, this is not an issue concerning constitutional or unconstitutional, legal or not legal, right or wrong, but the issue is the FRAUD used to collect taxes. but. the issue is the **FRAUD** used to collect taxes. The Defendant are operating under private enterprise and funneling tax dollars into private accounts depriving political subdivision of the federal fund do them to be return to the people for better schools, highways, lighting and general maintains.

13. The Petitioner will point out on the docket sheet #8 NOTICE of Appearance by Justin Michael Flint on behalf of REGINALD J. ROUTSON (Flint, Justin) (Entered: 12/02/2009) and #9, NOTICE of Appearance by Aaron L. Handleman on behalf of REGINALD J. ROUTSON (Handleman, Aaron) (Entered: 12/02/2009). The Petitioners will remind the Court that Mr. Sanders failed to do this before he removed the case from the Superior Court.

14. The Petitioner wishes to point out that the Defendant Attorneys have failed to follow procedure Rule 11 of the FRCP and IRS CODES Rule 23, Form and Style of Papers (3) Signature: The original signature, either of the party or the party's counsel,

13

shall be subscribed in writing to the original of every paper filed by or for that party with the Court ( /s/ JOHN DOE  does not  constitute a  lawful signature).

15. The UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA lacks jurisdiction to hear this case. The Defendants' attorneys "AGAIN" have pointed out that these are now violations under the Patriot Act, Section 800, and domestic terrorism. This now falls under the jurisdiction of Homeland Security to hear this case. The United States Coast Guard, being the head of this department, now must be notified of this case to take action. (Title 18 USC §4 & (a) DOMESTIC TERRORISM DEFINED - Title 18 USC §2331) The UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA lacks any power of authority or jurisdiction to hear or dismiss this case. Now that the Defendant attorneys have come before the court with these allegations made by the Petitioners, the UNITED STATES DISTRICT COURT has but one choice under the law. The UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA now must notify the Department of Homeland Security and move this case over to them to be heard, in order to uphold ethics and maintain honor and to avoid becoming a co-conspirator in this actionable fraud. This court is under the impression that the Petitioners lack the ability to prove their case or know the Petitioners can and will expose this fraud and the misuse of trillions of tax dollars going into private accounts by and through sham court hearings, which are traded on the stock market by and through private insurance companies who buy the case number and insure them as bonds. This action denies the people a fair hearing. It insures that the court will have bias and prejudice against the people of this nation and prevent an Adversarial System; Mack vs. City of Detroit, Chief Justice Cavanagh, No. 118468, 2002.

14

"The adversarial system ensures the best presentation of arguments and theories because each party is motivated to succeed. Moreover, the adversarial system attempts to ensure that an active judge refrain from allowing a preliminary understanding of the issues to improperly influence the final decision. This allows the judiciary to keep an open mind until the proofs and arguments have been adequately submitted. In spite of these underlying concerns, the majority today claims that the benefits of full briefing are simply a formality that can be discarded without care. The majority fails to comprehend how the skilled advocates in this case could have added anything insightful in the debate over the proper interpretation of a century's worth of precedent. Whatever its motivation, the majority undermines the foundations of our adversarial system."

16. The Petitioners **demand** that this Court now remove this case to Homeland

Security Administrative Court, to be heard before the United States Coast Guard, and to

place this issue before the United States Committee for the Judiciary for a hearing.

There are 12 Military Districts laid out in this Nation under the control of the military.

This nation has been under the Emergency War Powers Act since 1933. Title 10 UCMJ is

now the Ruling Authority in this Nation.

Title 10 USC §333: Major public emergencies; interference with State and Federal law.

**TITLE 10 > Subtitle A > PART I > CHAPTER 15 > § 333**
§ 333. Interference with State and Federal law
 The President, by **using the militia** or the armed forces, or both, or by any other means, shall take such measures as he considers necessary to suppress, in a State, any insurrection, domestic violence, unlawful combination, or conspiracy, if it—
(1) so hinders the execution of the laws of that State, and of the United States within the State, that any part or class of its people is deprived of a right, privilege, immunity, or protection named in the Constitution and secured by law, **and the constituted authorities of that State are unable, fail, or refuse to protect that right, privilege, or immunity, or to give that protection; or**
**(2) opposes or obstructs the execution of the laws of the United States or impedes the course of justice under those laws.**
**In any situation covered by clause (1), the State shall be considered to have denied the equal protection of the laws secured by the Constitution.**

16.    This case concerns the Administrative activity of the UNITED STATES corporation within the ten-mile square of the District of Columbia, and the abuse and misuse of our military and the people due to tax fraud. The Petitioners are covered under Title 31 §3729 False Claims as Whistleblowers.

**TITLE 31 > SUBTITLE III > CHAPTER 37 > SUBCHAPTER III > § 3729**
§ 3729. False claims
**(a) Liability for Certain Acts.—** Any person who—

**(1)** knowingly presents, or causes to be presented, to an officer or employee of the United States Government or a member of the Armed Forces of the United States a false or fraudulent claim for payment or approval;
**(2)** knowingly makes, uses, or causes to be made or used, a false record or statement to get a false or fraudulent claim paid or approved by the Government;
**(3)** conspires to defraud the Government by getting a false or fraudulent claim allowed or paid;

ALL RIGHT RESERVED TO AMEND WITH OUT LEAVE OF COURT

_David Lee; Buess_

David Lee; Buess
Private Attorney General
22014 Delaware Township Road 184
Arlington, Ohio [45814]
419 694 5796

Private Attorney General Seal

_Rodney Dale; Class_

Rodney Dale; Class
Private Attorney General
P.O. Box 435
High Shoals, North Carolina [28077]
704 742 3123

## PROOF OF SERVICE

I, David Lee; Buess & Rodney Dale; Class come with, OBJECTION TO AARON L. HANDLEMAN & JUSTIN MICHAEL FLINT MOTION TO DISMISS AND REQUEST FOR AN OPINION OF THE COURT, THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA LACKS SUBJECT MATTER JURISDSICTION. This being placed before the Clerk of Court of the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA on this day of _____ **9 7h** _____ and month of __ **Dec** _____ in the year of our Lord 2009 AD. Service will be delivered by U.S.P.S. certified mail with green card return.

*David Lee; Buess*

David Lee; Buess
Private Attorney General
22014 Delaware Township Road 184
Arlington, Ohio [45814]
419 694 5796

*Rodney Dale; Class*

Rodney Dale; Class
Private Attorney General
P. O. Box 435
High Shoals, North Carolina [28077]
704 742 3123

Cc:
Christopher Wright Sanders
U.S. DEPARTMENT OF JUSTICE
Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC  20044

Franchise Corporation
STATE OF OHIO dba Corporation
LAW FIRM RICHARD CORDRAY
30 E. Broad Street, 17th Floor
Columbus, OH 43215

Employee of Corporation
REGINALD J. ROUTSON
300 South Main Street
Findlay, Ohio 45840

Franchise Corporation
STATE OF NORTH CAROLINA dba Corporation
LAW FIRM ROY COOPER
9001 Mail Service Center
Raleigh, NC 27699-9001

Employee of Corporation
GASTON COUNTY dba Corporation
TAX DEPARTMENT
P.O. Box 1578
Gastonia, NC 28053-1578
                         Defendants


Secretary Janet Napolitano
Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**Rep. Bennie G. Thompson**
U.S. House of Representatives
Committee on Homeland Security
Washington, D.C. 20515

Coast Guard Headquarters
Commandant, U.S. Coast Guard,
2100 Second Street, SW,
Washington, DC 20593

FORT BRAGG
Colonel David B. LeMank
PMO Bldg 2-563
Fort Bragg N.C. 28310-5000