IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| David Lee; Buess | ) |
| Rodney Dale; Class, | ) |
|     Plaintiffs | ) |
| | )   Case No. 1:09-cv-02151-HHK |
| v. | ) |
| UNITED STATES | ) |
| dba CORPORATION, et al, | ) |
|     Defendants | ) |

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL**

Gaston County, as the real party in interest and in place of the named defendant Gaston County dba Corporation Tax Department, by and through Samuel Jonathan Shames, counsel for Gaston County, being in good standing with the North Carolina State Bar and having N.C. Bar number 31779, is the counsel of record in the above-captioned case. The above-referenced attorney is not a member of the United States District Court for Washington, D.C. and, pursuant to local rule 83.2(c) is joining with George McAndrews, a member said bar, as indicated below, to allow Mr. Shames to file the accompanying Motion to Dismiss and the memorandum in support of said motion.

Respectfully submitted this 23 day of December, 2009.

                                              /s/ Samuel J. Shames
                                              Asst. County Attorney, Gaston County
                                              North Carolina Bar No. 31779
                                              Box 1578, Gastonia NC 28052
                                              Tel: 704-866-3194
                                              E-mail: sam.shames@co.gaston.nc.us

/s/George McAndrews  
D.C. Bar No. 395725  
Assistant City Attorney  
City of Alexandria, VA  
301 King Street, Suite 1300  
Alexandria, VA 22314  
Phone: 703-746-3750  
Fax: 703-838-4810  
george.mcandrews@alexandriava.gov

G:\DOCUMENT\DATA\LIT\LEE-US\NOTICE-APPEARANCE-COUNSEL9.L23.doc