# UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA
### Washington, D.C.

David Lee; Buess
Private Attorney General
22014 Delaware Township Road 184
Arlington, Ohio [45814]

Rodney Dale; Class                          **CASE #: 1:09-cv-02151-HHK**
Private Attorney General                     Judge Henry H. Kennedy
P.O.BOX 435                                  (Formerly Civil Action No. 7868-09
High Shoals, North Carolina  [28077]           in the Superior Court of the District
                  Petitioners        of Columbia)
      Vs.

UNITED STATES dba CORPORATION                Date Removed 11-16-09

Christopher Wright Sanders
Corporate Attorney for
UNITED STATES dba CORPORATION
Tax Division
P.O. Box 227
Washington, DC 20044

Franchise Corporation
STATE OF OHIO dba Corporation
LAW FIRM RICHARD CORDRAY
30 E. Broad Street, 17th Floor
Columbus, OH 43215

Employee of Corporation
REGINALD J. ROUTSON
300 South Main Street
Findlay, Ohio 45840

Franchise Corporation
STATE OF NORTH CAROLINA dba Corporation
LAW FIRM ROY COOPER

1

9001 Mail Service Center
Raleigh, NC 27699-9001

Employee of Corporation
GASTON COUNTY dba Corporation
TAX DEPARTMENT
P.O. Box 1578
Gastonia, NC 28053-1578
                    Defendants

## OBJECTION TO GEORGE ARTHUR MC ANDREWS & SAMUELJ.SHAMES  FILING

## AS FRIVOLOUS.

### PARTIES

First Parties: David Lee; Buess & Rodney Dale; will be referred to as Petitioners.

Second Party: Christopher Wright Sanders.

Pursuant to Title 28 U.S.C. §3002 15(a) Federal Corporation & Title 5 U.S.C. §103

Government Corporation and Corpus Juris Secundum Vol. 20 Sec. 1785 Foreign Corporation,

other parties are Department of IRS dba Corporation, and the Franchise Corporations STATE OF

OHIO & STATE OF NORTH CAROLINA and their employees.

"IT IS THE DUTY OF THE COURT TO DECLARE THE MEANING OF WHAT IS
WRITTEN, AND NOT WHAT WAS INTENDED TO BE WRITTEN. J.W. Seavey Hop Corp.
v. Pollock, 20 Wn.2d 337,348-49, 147 P.2d 310 (1944), cited with approval in Berg v.
Hudesman, 115 Wn2d at 669.

### JURISDICTION OF THE Superior  Court District of Columbia AND  ITS AUTHORITIES BY ACTS OF CONGRESS

## TITLE 28 > PART IV > CHAPTER 85 > §1343. Civil rights and elective franchise

**(a)** The district courts shall have original jurisdiction of any civil action authorized by law to be
commenced by any person:

**(1)** To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of Title 42;

**(2)** To recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which he had knowledge were about to occur and power to prevent;

**(3)** To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;

**(4) To recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights, including the right to vote.**

**(b)** For purposes of this section—

**(1) the District of Columbia shall be considered to be a State; and**

**(2) any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.**


**Public Law 96-170 Dec 29, 1979**. "AN ACT" To permit civil suit under section **1979 of the Revised Statutes (42 USC 1983)** against any person acting under color of any law or custom of the District of Columbia who subjects any person within the jurisdiction of the District of Columbia to the deprivation rights, privilege, or immunity secured by the Constitution and Laws,

24 Am Jur 2d District of Columbia § 21: Superior Court of the District of Columbia and divisions thereof). The District of Columbia Court of General Sessions, the Juvenile Court of the District of Columbia, and the District of Columbia **Tax Court** were consolidated in a single court known as the **Superior Court of the District of Columbia** (DC ST §11-901).

According to DC ST §11- 1203 Rules and regulations:

The Superior Court may make such rules and regulations for conducting business in the **Tax Division**, consistent with the statutes applicable to such business and with the Superior Court's general rules of practice and procedure, as it may deem necessary and proper. **Rules and regulations for the Tax Division shall, insofar as possible, assure the prompt disposition of matters before the Tax Division to the end that the taxing statutes of the District of Columbia shall be fairly and efficiently enforced**.


**TITLE 42 > CHAPTER 21 > SUBCHAPTER I > § 1985. Conspiracy to interfere with civil rights**

**(2) Obstructing justice; intimidating party, witness, or juror**

If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence

the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; **or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws;**

**(3) Depriving persons of rights or privileges**
**If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws;** or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

**TITLE 28 > PART IV > CHAPTER 89 > § 1443. Civil rights cases**
Any of the following civil actions or criminal prosecutions, commenced in a State court may be removed by the defendant to the district court of the United States for the district and division embracing the place wherein it is pending:
**(1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof;**
**(2) For any act under color of authority derived from any law providing for equal rights, or for refusing to do any act on the ground that it would be inconsistent with such law.**

**TITLE 26 App. > TITLE II. > Rule 10. Name, Office, and Sessions**
**(a) Name:** The name of the Court is the United States Tax Court.
Congress established the Superior Court of the District of Columbia as the trial court of **general jurisdiction** for the District of Columbia in 1970. Definition (General jurisdiction" as used in reference to subject matter jurisdiction.)

**Public Law 96-170 Dec 29, 1979**. "AN ACT" To permit civil suit under section **1979 of the Revised Statutes (42 USC 1983)** against any person acting under color of any law or custom of the District of Columbia who subjects any person within the jurisdiction of the District of Columbia to the deprivation rights, privilege, or immunity secured by the Constitution and Laws,

**24 Am Jur 2d District of Columbia §21 Superior Court of the District of Columbia and divisions thereof:** "The District of Columbia Court of General Sessions, the Juvenile Court of the District of Columbia, **and the District of Columbia Tax Court** were consolidated in a single court known as the Superior Court of the District of Columbia."

**TITLE 42 > CHAPTER 21 > SUBCHAPTER I > §1983. Civil action for deprivation of rights**
Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. **For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.**

**TITLE 42 > CHAPTER 21 > SUBCHAPTER I > § 1986. Action for neglect to prevent**
Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued.

**United States Attorneys' Manual (USAM) TITLE 4-9.000**

**Civil Resource Manual 210: Choice of law.** Federal statutory law, enacted pursuant to constitutional authority, is clearly controlling over state statutory and decisional law. U.S. Const. Art. VI, cl. 2. Frequently, the federal law applicable in government litigation is decisional rather

than statutory. See, e.g., ***Clearfield Trust Co. v. United States,*** supra; *United States v. Little Lake Misere Land Co.*, 412 U.S. 580, 590-94 (1973); *United States v. View Crest Garden Apartments*, Inc., 268 F.2d 380 (9th Cir.), cert. denied, 361 U.S. 884 (1959). Thus, the rights of parties to government contracts and negotiable instruments are to be determined by federal rather than state law. See *Clearfield Trust Co. v. United States*, supra; United States v. Allegheny County, 322 U.S. 174 (1944); *United States v. First National Bank of Atlanta, Ga.*, supra; cf. *Free v. Bland*, 369 U.S. 663 (1962). **The rationale for this rule is found in the necessity for uniform construction and application of such contracts and instruments throughout the United States**. See Clearfield Trust Co. v. United States, supra; *T.H. Rogers Lumber Co. v. Apel*, 468 F.2d 14 (10th Cir. 1972).

The relationship between federal and state law was significantly affected by the Supreme Court's decision in United States v. Kimbell Foods, Inc., supra. See Commercial Litigation Branch Monograph "Choice of Laws Decisions in Federal Courts after Kimbell Foods" (November 1983).

Section 210401 of the Violent Crime Control and Law Enforcement Act of 1994 (Police Misconduct Provision), 42 U.S.C. § 14141, which authorizes the Department to file suit challenging a pattern or practice of misconduct by law enforcement officers (or employees of any governmental agency with responsibility for the administration of juvenile justice or the incarceration of juveniles) that deprives persons of constitutional or federal statutory rights;

Section 809(c) of the Omnibus Crime Control and Safe Streets Act of 1968, 42 U.S.C. § 3789d(c), which prohibits recipients of funds granted by the Department (including law enforcement agencies) from discriminating on the basis of race, color, national origin, sex, or religion, and is enforced through administrative proceedings and litigation.

Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d et seq., which prohibits recipients of federal financial assistance (including law enforcement agencies) from discriminating on the basis of race, color, or national origin, and is enforced through administrative proceedings and litigation; and

### United States Attorneys' Manual (USAM)

### Title 7-4.100 Sherman Act, 15 U.S.C. Secs. 1 to 7

The Sherman Act prohibits (a) contracts, combinations, or conspiracies in restraint of interstate commerce or foreign trade, and (b) monopolization, attempts to monopolize, or combinations or conspiracies to monopolize interstate commerce or foreign trade. While every violation of this Act is technically a felony, the Department reserves criminal prosecution for so called "naked" or "per se" unlawful restraints of trade among competitors, e.g., price fixing, bid rigging, and customer and territorial allocation agreements. Criminal violations of this Act carry a maximum fine of $10 million for defendant corporations, $350,000 for other organizations and $350,000 and a maximum prison sentence of three years, or both, for individuals. See Antitrust Resource Manual at 6, "Identifying, Detecting, and Proving Per Se Violations of the Sherman Act."

**Title 7-4.200 Clayton Act, 15 U.S.C. Secs. 14, 18, 19, and 20**

The Clayton Act prohibits corporate and other mergers—and the acquisition of stock or assets—of competing companies, where the effect of such action may be substantially to lessen competition or tend to create a monopoly. Anticompetitive tying and exclusive dealing contracts are also prohibited, as are certain interlocking directorates. Violations of this Act are prosecuted civilly.

**Title 6-1.100 Department of Justice Policy and Responsibilities—Tax Division**

The Assistant Attorney General for the Tax Division, subject to the general supervision of the Attorney General and under the direction of the Associate Attorney General, is responsible for conducting, handling, or supervising all matters arising under the internal revenue laws. 28 C.F.R. § 0.70.

The Department of Justice, including the United States Attorneys, is responsible for conducting all federal tax litigation in the federal bankruptcy, district, and appellate courts and in state courts. The Department's responsibilities include:

**<u>Only attorneys whom the Department of Justice employs or authorizes to represent the United States may handle federal tax litigation in courts other than the Tax Court.</u>**
Attorneys from the Office of the Chief Counsel, Internal Revenue Service (IRS), represent the Commissioner of Internal Revenue in Tax Court litigation, and may be appointed as Special Assistant United States Attorneys (SAUSAs) to handle certain tax-related bankruptcy litigation.

**TITLE 42 > CHAPTER 21 > SUBCHAPTER V > § 2000 d–7. Civil rights remedies equalization**

**(a) General provision**

**(1)** A State shall not be immune under the Eleventh Amendment of the Constitution of the United States from suit in Federal court for a violation of section 504 of the Rehabilitation Act of 1973 [29 U.S.C. 794], title IX of the Education Amendments of 1972 [20 U.S.C. 1681 et seq.], the Age Discrimination Act of 1975 [42 U.S.C. 6101 et seq.], title VI of the Civil Rights Act of 1964 [42 U.S.C. 2000d et seq.], or the provisions of any other Federal statute prohibiting discrimination by recipients of Federal financial assistance.

**(2)** In a suit against a State for a violation of a statute referred to in paragraph (1), remedies (including remedies both at law and in equity) are available for such a violation to the same extent as such remedies are available for such a violation in the suit against any public or private entity other than a State.

**(b) Effective date**

The provisions of subsection (a) of this section shall take effect with respect to violations that occur in whole or in part after October 21, 1986.

## USAM TITLE 8

**8-100 Statutes and Executive Orders Administered by the Civil Rights Division**
The following is a list of federal statutes and executive orders administered by the Civil Rights Division.

**A. CIVIL STATUTES.** 15 U.S.C. §§ 1691e(h), 3151(c); 18 U.S.C. § 248; 20 U.S.C.

§§ 1681(a), 1706, 1709; 28 U.S.C. § 1862; 29 U.S.C. §§ 794, 1577(c); 31 U.S.C.

§§ 6720, 6721(d); 42 U.S.C. §§ 300w-7(c), 300x-7(c), 300y-9(c), 708(c), 1971, 1973

to 1973ff-4, 1997, 2000a-3(a), 2000a-5(a), 2000b(a), 2000c-6(a), 2000d, 2000e-5(f),

2000e-6(a), 2000h-2, 3613, 3789d(c)(3), 3789d(c)(4)(C), 5309(c), 8625(c), 9906(c),

14141; 3789d(c); 49 U.S.C. §§ 306(e), 1615(a)(4).

### Crimes and Criminal Procedure - 18 USC Section 1918

Sec. 1918. Disloyalty and asserting the right to strike against the Government

Whoever violates the provision of section 7311 of title 5 that an individual may not accept or hold a position in the Government of the United States or the government of the District of Columbia if
  he -
(1) advocates the overthrow of our constitutional form of government;

(2) is a member of an organization that he knows advocates the overthrow of our constitutional form of government;

(3) participates in a strike, or asserts the right to strike, against the Government of the United States or the government of the District of Columbia; or

(4) is a member of an organization of employees of the Government of the United States or of individuals employed by the government of the District of Columbia that he knows asserts the right to strike against the Government of the United States or the government of the District of Columbia; shall be fined under this title or imprisoned not more than one year and a day, or both.

### NOTICE OF APPEARANCE RULES

**Title 29: Labor** PART 2200—RULES OF PROCEDURE  Subpart B—Parties and Representatives § 2200.23   Appearances and withdrawals.

TITLE 10 App. > COURTS > Rule 13. Notice of appearance of counsel

TITLE 26 App. > TITLE III. >Rule 24. Appearance and Representation

**(4) Counsel Not Admitted to Practice:** No entry of appearance by counsel not admitted to practice before this Court will be effective until counsel shall have been admitted, but counsel may be recognized as counsel in a pending case to the extent permitted by the Court and then only where it appears that counsel can and will be promptly admitted. For the procedure for admission to practice before the Court, see Rule 200.

TITLE 26 App. > TITLE XX. > Rule 200. Admission to Practice and Periodic Registration Fees

**(a) Qualifications:**
**(1) General:** An applicant for admission to practice before the Court must establish to the satisfaction of the Court that the applicant is of good moral and professional character and possesses the requisite qualifications to provide competent representation before the Court. In addition, the applicant must satisfy the other requirements of this Rule. If the applicant fails to satisfy the requirements of this Rule, then the Court may deny such applicant admission to practice before the Court.

## RULES FOR SIGNATURE REQUIRMENTS

### TITLE 26 App. > TITLE III. > Rule 23. Form and Style of Papers

**(3) Signature:** The original signature, either of the party or the party's counsel, shall be subscribed in writing to the original of every paper filed by or for that party with the Court, except as otherwise provided by these Rules. An individual rather than a firm name shall be used, except that the signature of a petitioner corporation or unincorporated association shall be in the name of the corporation or association by one of its active and authorized officers or members, as for example "Mary Doe, Inc., by Richard Roe, President". The name, mailing address, and telephone number of the party or the party's counsel, as well as counsel's Tax Court bar number, shall be typed or printed immediately beneath the written signature. The mailing address of a signatory shall include a firm name if it is an essential part of the accurate mailing address.

**III. PLEADINGS AND MOTIONS > Rule 11. Signing Pleadings, Motions, and Other Papers; Representations to the Court; Sanctions**

(a) Signature.; Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name — or by a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number. Unless a rule or statute specifically states otherwise, a pleading need not be verified or accompanied by an affidavit. The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention.

## JULY 4TH 1868 NORTH CAROLINA RATIFIES THE 14TH AMENDMENT GIVING UP IT SOVEREIGNTY TO THE DISTRICT OF COLUMBIA/UNITED STATES UNDER THE AMENDATORY RECONSTRUCTION ACT OF MARCH 11, 1868

Section 3. No person shall be a Senator or Representative in Congress, or elector of President and Vice President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.
Section 4. The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

## AMENDATORY RECONSTRUCTION ACT OF MARCH 11, 1868
**An Act to amend the act passed March 23, 1867, entitled "An Act supplementary to 'An act to provide for the more efficient government of the rebel states,' passed March 2, 1867, and to facilitate their restoration."**

*Be it enacted, &c.,* That hereafter any election authorized by the act passed March 23, 1867, entitled "An Act supplementary to 'An act to provide for the more efficient government of the rebel states,' passed March 2, 1867, and to facilitate their restoration," shall be decided by a majority of the votes actually cast; and at the election in which the question of the adoption or rejection of any constitution is submitted, any person duly registered in the State may vote in the election district where he offers to vote when he has resided therein for ten days next preceding such election, upon presentation of his certificate of registration, his affidavit, or other satisfactory evidence, under such regulations as the district commanders may prescribe.

Sec. 2. That the constitutional convention of any of the States mentioned in the acts to which this is amendatory may provide that at the time of voting upon the ratification of the constitution, the registered voters may vote also for members of the House of Representatives of the United

States, and for all elective officers provided for by the said constitution; and the same election officers, who shall make the returns of the votes cast on the ratification or rejection of the constitution, shall enumerate and certify the votes cast for members of Congress.

## SUPPLEMENTARY RECONSTRUCTION ACT OF FORTIETH CONGRESS

**An Act supplementary to an act entitled "An act to provide for the more efficient government of the rebel states," passed March second, eighteen hundred and sixty-seven, and to facilitate restoration.**

Be it enacted, &c., That before the first day of September, eighteen hundred and sixty-seven, the commanding general in each district defined by an act entitled "An Act to provide for the more efficient government of the rebel States," passed March second, eighteen hundred and sixty-seven, shall cause a registration to be made of the male citizens of the United States, twenty-one years of age and upwards, resident in each county or parish in the State or States included in his district, which registration shall include only those persons who are qualified to vote for delegates by the act aforesaid, and who shall have taken and subscribed the following oath or affirmation: "I, _____, do solemnly swear, (or affirm,) in the presence of Almighty God, that I am a citizen of the State of _____; that I have resided in said State for _____ months next preceding this day, and now reside in the county of _____, or the parish of _____, in said State, (as the case may be;) that I am twenty-one years old; that I have not been disfranchised for participation in any rebellion or civil war against the United States, nor for felony committed against the laws of any State or of the United States; that I have never been a member of any State legislature, nor held any executive or judicial office in any State and afterwards engaged in insurrection or rebellion against the United States, or given aid or comfort to the enemies thereof; that I have never taken an oath as a member of Congress of the United States, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, and afterwards engaged in insurrection or rebellion against the United States or given aid or comfort to the enemies thereof; that I will faithfully support the Constitution and obey the laws of the United States, and will, to the best of my ability, encourage others so to do, so help me God;" which oath or affirmation may be administered by any registering officer.

Sec. 2. That after the completion of the registration hereby provided for in any State, at such time and places therein as the commanding general shall appoint and direct, of which at least thirty days' public notice shall be given, an election shall be held of delegates to a convention for the purpose of establishing a constitution and civil government for such state loyal to the Union, said convention in each State, except Virginia, to consist of the same number of members as the most numerous branch of the State legislature of such State in the year eighteen hundred and sixty, to be apportioned among the several districts, counties, or parishes of such State by the commanding general, giving to each representation in the ratio of voters registered as aforesaid, as nearly as may be. The convention in Virginia shall consist of the same number of members as represented the territory now constituting Virginia in the most numerous branch of the legislature of said State in the year eighteen hundred and sixty, to be apportioned as aforesaid.

Sec. 3. That at said election the registered voters of each State shall vote for or against a convention to form a constitution therefor under this act. Those voting in favor of such a convention shall have written or printed on the ballots by which they vote for delegates, as aforesaid, the words "For a convention," and those voting against such a convention shall have written or printed on such ballots the words "Against a convention." The person appointed to superintend said election, and to make return of the votes given thereat, as herein provided, shall count and make return of the votes given for and against a convention; and the commanding general to whom the same shall have been returned shall ascertain and declare the total vote in each State for and against a convention. If a majority of the votes given on that question shall be for a convention, then such convention shall be held as hereinafter provided; but if a majority of said votes shall be against a convention, then no such convention shall be held under this act: *Provided,* That such convention shall not be held unless a majority of all such registered voters shall have voted on the question of holding such convention.

Sec. 4. That the commanding general of each district shall appoint as many boards of registration as may be necessary, consisting of three loyal officers or persons, to make and complete the registration, superintend the election, and make return to him of the votes, lists of voters, and of the persons elected as delegates by a plurality of the votes cast at said election; and upon receiving said returns he shall open the same, ascertain the persons elected as delegates according to the returns of the officers who conducted said election, and make proclamation thereof; and if a majority of the votes given on that question shall be for a convention, the commanding general, within sixty days from the date of election, shall notify the delegates to assemble in convention, at a time and place to be mentioned in the notification, and said convention, when organized, shall proceed to frame a constitution and civil government according to the provisions of this act and the act to which is it supplementary; and when the same shall have been so framed, said constitution shall be submitted by the convention for ratification to the persons registered under the provisions of this act at an election to be conducted by the officers or persons appointed or to be appointed by the commanding general, as hereinbefore provided, and to be held after the expiration of thirty days from the date of notice thereof, to be given by said convention; and the returns thereof shall be made to the commanding general of the district.

Sec. 5. That if, according to said returns, the constitution shall be ratified by a majority of the votes of the registered electors qualified as herein specified, cast at said election, (at least one half of all the registered voters voting upon the question of such ratification,) the president of the convention shall transmit a copy of the same, duly certified, to the President of the United States, who shall forthwith transmit the same to Congress, if then in session, and if not in session, then immediately upon its next assembling; and if it shall, moreover, appear to Congress that the election was one at which all the registered and qualified electors in the State had an opportunity to vote freely and without restraint, fear, or the influence of fraud, and if the Congress shall be satisfied that such constitution meets the approval of a majority of all the qualified electors in the State, and if the said constitution shall be declared by Congress to be in conformity with the provisions of the act to which this is supplementary, and the other provisions of said act shall have been complied with, and the said constitution shall be approved by Congress, the State shall be declared entitled to representation, and Senators and Representatives shall be admitted therefrom as therein provided.

Sec. 6. That all elections in the States mentioned in the said "Act to provide for the more efficient government of the rebel States," shall, during the operation of said act, be by ballot; and all officers making the said registration of voters and conducting said elections shall, before entering upon the discharge of their duties, take and subscribe the oath prescribed by the act approved July second, eighteen hundred and sixty-two, entitled "An act to prescribe an oath of office:" *Provided,* That if any person shall knowingly and falsely take and subscribe any oath in this act prescribed, such person so offending and being thereof duly convicted, shall be subject to the pains, penalties, and disabilities which by law are provided for the punishment of the crime of wilful and corrupt perjury.

Sec. 7. That all expenses incurred by the several commanding generals, or by virtue of any orders issued, or appointments made, by them, under or by virtue of this act, shall be paid out of any moneys in the treasury not otherwise appropriated.

Sec. 8. That the convention for each State shall prescribe the fees, salary, and compensation to be paid to all delegates and other officers and agents herein authorized or necessary to carry into effect the purposes of this act not herein otherwise provided for, and shall provide for the levy and collection of such taxes on the property in such State as may be necessary to pay the same.

Sec. 9. That the word article, in the sixth section of the act to which this is supplementary, shall be construed to mean section.

NOW, COMES, the Petitioners David Lee; Buess & Rodney Dale; Class with an

## OBJECTION TO GEORGE ARTHUR MC ANDREWS & SAMUEL J. SHAMES FILING AS FRIVOLOUS.

1. Petitioners will point out that all of the defendants have committed frauds upon both Superior

Court District of Columbia and the UNITED STATES DISTRICT COURT OF THE DISTRICT

OF COLUMBIA. (a) They failed to address the tax court and CORPORATION issue that was

placed before the proper Court; (b) both Courts have committed Fraud by allowing this case to

be moved in the following ways. (a) Judge HOLEMAN knowing that the Superior Court has two

funtion1) as a Tax Court 2) a Corporation Court for the District of Columbia. This case delta

with both issue the Corporations and Taxes before the Superior Court. Judge Holeman

committed obstruction of justice and denies Due Process to the Petitioners when he allowed this

case to be moved to the UNITED STATES DISTRICT COURT which lack jurisdiction to make

a decision on these issues. (b) Judge Kennedy should have refused this case due to the issue of

corporation and taxes being the issue. Judge Kennedy is aware the only reason this case was

moved to His Courtroom was because it would dismiss due to lack of jurisdiction as the

Defendants are claiming. There by proving the Petitioners complaint into the Superior Court was

the proper Tax Court. (c) Judge Kennedy has no other choice to  notify  and remove this case to

Homeland Security / U.S. Coast Guard to  their Administrative Court as we are dealing

administrative violation and administrative  fraud and abuse of  public power and acts of

domestic terrorism by the defendants who have willfully overthrown a constitutional form of

government  (d)  If Judge Kennedy decide to claim jurisdiction over this case the Petitioners are

entitled to 28 U.S.C. 1443 civil rights case and 28 U.S.C 1343 Civil rights and elective franchise

and the Petitioner will be entitle to Equity and Remedy to deny would violate 18 USC 1981

Equal protection under the law  and the 14th amendment of equal protection  and violate Due

Process which would violate 18 USC  1505 OBSTRUCTION.

2. The Petitioners are going to make several points to this case. Not one of the Defendants has

rebutted that the Superior Court District of Columbia was not a Proper Tax Court as per;

    **a. Public Law 96-170 Dec 29, 1979**. "AN ACT" To permit civil suit under section **<u>1979 of the Revised Statutes (42 USC 1983)</u>** against any person acting under color of any law or custom of the District of Columbia who subjects any person within the jurisdiction of the District of Columbia to the deprivation rights, privilege, or immunity secured by the Constitution and Laws,

    **b.** 24 Am Jur 2d District of Columbia § 21: Superior Court of the District of Columbia and divisions thereof). The District of Columbia Court of General Sessions, the Juvenile Court of the District of Columbia, and the District of Columbia **<u>Tax Court</u>**

were consolidated in a single court known as the **Superior Court of the District of Columbia** (DC ST §11-901).

   **c.** According to DC ST §11- 1203 Rules and regulations:

The Superior Court may make such rules and regulations for conducting business in the **Tax Division**, consistent with the statutes applicable to such business and with the Superior Court's general rules of practice and procedure, as it may deem necessary and proper. **Rules and regulations for the Tax Division shall, insofar as possible, assure the prompt disposition of matters before the Tax Division to the end that the taxing statutes of the District of Columbia shall be fairly and efficiently enforced**.

3.Petitioner well point out that not one of the Defendant is willing to clarify any of their language there by concealing, defrauding, obstructing justice, suppressing evident .The "person" by legal and court definition mean a "corporation" not a natural being . The following comes statutory law and legislative enactment .

## CORPORATION NAMES

**a. DEL CODE TITLE 8 Chapters 6 § 617: Delaware Code - Section 617: CORPORATE NAME**The corporate name of a corporation organized under this chapter shall contain either a word or words descriptive of the professional service to be rendered by the corporation or **shall contain the last names of** 1 or more of its present, prospective or former shareholders or of persons who were associated with a predecessor person, partnership, corporation or other organization or whose name or names appeared in the name of such predecessor organization.

### Texas Administrative Code

b. Subject: 1 TAC § 79.31 CORPORATIONS (ENTITY NAMES) § 79.31. Characters of Print Acceptable in Names; (a) Entity names may consist of letters of the Roman alphabet, Arabic numerals, and certain symbols capable of being reproduced on a standard English language typewriter, or combination thereof.  (b) **Only upper case or capitol letters, with no distinction as to type face or font, will be recognized.**

**c. Delaware legislation March 10 1899"An Act Providing General Corporate Law" This Act allow the corporation to become a "PERSON"**

3 /10/ 1899 which was the Delaware Wilmington trust & the corporate trust company of America. They went submitted into the Delaware legislation a private bill in called **"An act providing a general corporate law."** In this act that was put before Delaware legislation to creates the corporation to presume the rights & privileges in the standing of a person in the human sense but not as a natural person.

## SUPREME COURT RULING ON CORPORATE PERSON

**d. SANTA CLARA COUNTY v. SOUTHERN PAC. R. CO., 118 U.S. 394**

A **legal person**, also called **juridical person** or **juristic person**, is a legal entity through which the law allows a group of **natural persons** to act as if they were a single composite **individual** for certain purposes, or in some jurisdictions, for a single person to have a separate legal personality other than their own. This **legal fiction** does not mean these entities are human beings, but rather means that the law allows them to act as **persons** for certain limited purposes

New York Central R. Co. v. United States, 212 U.S. 481 (1909)

United States v. Dotterweich, 320 U.S. 277 (1943)

## IRS LEGAL DEFINITION FOR A PERSON

**e. TITLE 26 > Subtitle F > CHAPTER 75 > Subchapter D > § 7343**

**Sec. 7343. Definition of the term person.**

The term "person" as used in this chapter includes an officer or employee of a corporation, or a member or employee of a partnership, who as such officer, employee or member is under a duty to perform the act in respect of which the violation occurs

4.The Petitioners will point that defendants are  operating as a foreign state status and not as a

real party of interest The legal system and the court system has define the defendants as holding

a corporation and a foreign state standing to the people of the fifty several states.

## TABLE OF DEFINITIONS

1.

**Foreign Court** The courts of a foreign state or nation. In the United States, this term is frequently applied to the courts of one of the States when their judgment or records are introduced in the courts of another.

**Foreign jurisdiction** Any jurisdiction foreign to that of the forum; e.g., a sister state or another country. Also, the exercise by a state or nation jurisdiction beyond its own territory. Long arm service of process is a form of such foreign or extraterritorial jurisdiction

**Foreign laws** The laws of a foreign country, or of a sister state. In conflict of law, the legal principles of jurisprudence which are part of the law of a sister state or nation. Foreign laws are additions to our own laws, and in that respect are called "*jus receptum.*"

**Foreign corporation** A corporation doing business in one State though chartered or incorporated in another state is a foreign corporation as to the first state, and, as such, is required to consent to certain conditions and restriction in order to do business in such first state. Under federal tax laws, a foreign corporation is one which is not organized under the law of one of the States or Territories of the United States. I.R.C. § 7701 (a) (5). Service of process on foreign corporation is governed by the Fed. R. Civ. P. 4  See also Corporation.

**Foreign service of process** Service of process for the acquisition of jurisdiction by a court in the United States upon a person in a foreign country is prescribed by Fed R. Civ. P. 4 (i) and 28 U.S.C.A. § 1608. Service of process on foreign corporation is governed by Fed. R. Civ. P. 4(d) (3).

**Foreign states** Nations which are outside the United States. Term may also refer to another state; i.e. a sister state.

**Foreign immunity** With respect to jurisdiction immunity of foreign nations, see 28 U.S.C.A §1602 *et seq.*

**Profiteering** Taking advantage of unusual or exceptional circumstance to make excessive profit; e.g. selling of scarce or essential goods at inflated price during time of emergency or war.

**Person** In general usage, a human being (i.e. natural person) though by statute the term may include a firm, labor organizations, partnerships, associations, corporations, legal representative, trusts, trustees in bankruptcy, or receivers. National Labor Relations Act, §2(1).

A corporation is a "person" within meaning of equal protection and due process provisions of the United States Constitution.

### Tertius interveniens

A third party intervening; a third party who comes between the parties to a suit; one who interpleads. Gilbert's Forum Romanum. 47.

--Black's Law Dictionary., 3rd ed., p. 1861; 24 C.J.S., Criminal Law, § 1606 b., p. 145; *Ford v. Commonwealth*, 312 Ky. 718, 229 S.W.2d 470.

At common law in England, it issued from the Court of Kings Bench to a judgment of that court. Its principal aim is to afford the court in which an action was tried and opportunity to correct its own record with reference to a vital fact not known when the judgment was rendered. It is also said that at common law it lay to correct purely ministerial errors of the officers of the court.

Furthermore, the above-mentioned "real party in interest" demands the strict adherence to Article IV, section one of the National Constitution so that in all matters before this court, the Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State; and to Article IV of the Articles of Confederation, still in force pursuant to Article VI of the National Constitution, so that "Full faith and credit shall be given in each of these States to the records, acts, and judicial proceedings of the courts and magistrates of every other State," selective incorporation notwithstanding.  The *lex domicilii* shall also depend upon the Natural Domicile of the above-mentioned "real party in interest." The *lex domicilii*, involves the "law of the domicile" in the Conflict of Laws. Conflict is the branch of public law regulating all lawsuits involving a "foreign" law element where a difference in result will occur depending on which laws are applied.

### *DECLARATION OF STATUS AND RIGHT OF AVOIDANCE*

The above-mentioned "real party in interest" hereby declares the status of a "foreign state" as defined in 28 USC 1331(b)(1), as "a separate legal person, corporate or otherwise," (in the instant case, "otherwise"), (b)(2), "an organ (a vital part) of a foreign state" and (b)(3), "neither a citizen of a State of the United States as defined in section 1332(c)" (a corporation, an insurer, or the legal representative of a decedent, an infant or an incompetent), "nor created under the laws of any third country."

Furthermore, the above-mentioned "real party in interest" is not an artificial, corporate "person" as defined and created by PUBLIC STATUTES, and is not a juristic person which may be "affected" by PUBLIC STATUTES; but, is invested with and bears the

"real party in interest" is always and at all times present in his [her] asylum home state," which is "the common case of the place of birth, *domicilium originis,*" also referred to as Natural Domicile, which is "the same as domicile of origin or domicile by birth," (See *Johnson v. Twenty-One Bales,* 13 Fed.Cas. 863; Black's Law Dictionary, 4th edition), which is the source and the seat of his [her] sovereignty and immunity.

Accordingly, the above-mentioned "real party in interest" exercises his [her] Right of Avoidance and hereby rejects the offered commercial venture and declines to fuse with or to animate the above-mentioned Defendant in Error, or to stand as STRAWMAN [PERSON], which is defined in Barron's Law Dictionary, 4th edition, (1996), as "a term referred to in commercial and property contexts when a transfer is made to a third party, the strawman [person], simply for the purpose of retransferring to the transferror in order to accomplish some purpose not otherwise permitted," *i.e.,* obtaining jurisdiction over the above-mentioned "real party in interest" or relying upon the rebuttable presumption that the above-mentioned "real party in interest" is a corporation. The definition also contains the admonition to "See dummy," which, at that entry is therein defined as "a strawman; a sham." The above-mentioned party is, NOT a strawman, NOT a sham, and is certainly NOT a dummy.

This DECLARATION OF STATUS constitutes a conclusive presumption, of which the court is bound to take NOTICE, that the "real party in interest" is NOT a corporation; and, the court can exercise no jurisdiction whatsoever over the "real party in interest" or in the above-captioned case, but is duty-bound according to the due process of the law, to which the above-mentioned "real party in interest" is a belligerent claimant, and by the Rule of Law to notify and remove to Homeland Security / Coast Guard  to their Administrative Court for action.


### *TABLE OF AUTHORITIES – PERSON*

"This word `person' and its scope and bearing in the law, involving, as it does, legal fictions and also apparently natural beings, it is difficult to understand; but it is absolutely necessary to grasp, at whatever cost, a true and proper understanding to the word in all the phases of its proper use . . . A person is here not a physical or individual person, but the status or condition with which he is invested . . . not an individual or physical person, but the status, condition or character borne by physical persons . . . The law of persons is the law of status or condition." -- American Law and Procedure, Vol 13, page 137, 1910.

The following case citation declares the undisputed distinction in fact and at law of the distinction between the term "persons," which is the plural form of the term "person,"

and the word "People" which is NOT the plural form of the term "person." The above-mentioned "real party in interest" is NOT a subordinate "person," "subject," or "agent," but is a "constituent," in whom sovereignty abides, a member of the "Posterity of We, the People," in whom sovereignty resides, and from whom the government has emanated:

"The sovereignty of a state does not reside in the **persons** who fill the different departments of its government, but in the **People**, from whom the government emanated; and they may change it at their discretion. Sovereignty, then in this country, abides with the constituency, and not with the agent; and this remark is true, both in reference to the federal and state government." (Persons are not People).--*Spooner v. McConnell*, 22 F 939, 943:

"Our government is founded upon compact. Sovereignty was, and is, in the people" -- *Glass v. Sloop Betsey*, supreme Court, 1794.

"People of a state are entitled to all rights which formerly belong to the King, by his prerogative." --supreme Court, *Lansing v. Smith*, 1829.

"The United States, as a whole, emanates from the people ... The people, in their capacity as sovereigns, made and adopted the Constitution ..." --supreme Court, 4 Wheat 402.

"The governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and entrust to whom they please. ... The sovereignty in every state resides in the people of the state and they may alter and change their form of government at their own pleasure."
--*Luther v. Borden*, 48 US 1, 12 LEd 581.

"While sovereign powers are delegated to ... the government, sovereignty itself remains with the people" --*Yick Wo v. Hopkins*, 118 U.S. 356, page 370.

"There is no such thing as a power of inherent sovereignty in the government of the United States .... In this country sovereignty resides in the people, and Congress can exercise no power which they have not, by their Constitution entrusted to it: All else is withheld." -- *Julliard v. Greenman*, 110 U.S. 421.

"In common usage, the term 'person' does not include the sovereign, and statutes employing the word are ordinarily construed to exclude it." -- *Wilson v. Omaha Indian Tribe* 442 US 653, 667 (1979).

"Since in common usage the term `person' does not include the sovereign, statutes employing that term are ordinarily construed to exclude it." -- *U.S. v. Cooper*, 312 US 600, 604, 61 SCt 742 (1941).

"In common usage, the term `person' does not include the sovereign and statutes employing it will ordinarily not be construed to do so." -- *U.S. v. United Mine Workers of America*, 330 U.S. 258, 67 SCt 677 (1947).

"Since in common usage, the term `person' does not include the sovereign, statutes employing the phrase are ordinarily construed to exclude it." -- *US v. Fox* 94 US 315.

"In common usage the word `person' does not include the sovereign, and statutes employing the word are generally construed to exclude the sovereign."

-- *U.S. v. General Motors Corporation*, D.C. Ill, 2 F.R.D. 528, 530:

The following two case citations declare the undisputed doctrine, in fact and at law, that the word (term of art) "person" is a "general word," and that the "people," of whom the above-mentioned "real party in interest" is one, "are NOT bound by general words in statutes." Therefore, statutes do not apply to, operate upon or affect the above-mentioned "real party in interest:"

"**The word `person' in legal terminology is perceived as a *general word*** which normally includes in its scope a variety of entities other than human beings.,

--*Church of Scientology v. US Department of Justice* 612 F2d 417, 425 (1979).

"**The people, or sovereign are not bound by *general words* in statutes**, restrictive of prerogative right, title or interest, unless expressly named. Acts of limitation do not bind the King or the people. The people have been ceded all the rights of the King, the former sovereign ... It is a maxim of the common law, that when an act is made for the common good and to prevent injury, the King shall be bound, though not named, but when a statute is general and prerogative right would be divested or taken from the King (or the People) he shall not be bound." -- *The People v. Herkimer*, 4 Cowen (NY) 345, 348 (1825):

"In the United States, sovereignty resides in people." --*Perry v. U.S.* (294 US 330).

"A Sovereign is exempt from suit, not because of any formal conception or obsolete theory, but on the logical and practical ground that there can be no legal Right as against the authority that makes the law on which the Right depends."

--*Kawananakoa v. Polyblank*, 205 U.S. 349, 353, 27 S. Ct. 526, 527, 51 L. Ed. 834 (1907).

## TABLE OF AUTHORITIES – SUBJECT MATTER JURISDICTION

In a court of limited jurisdiction, whenever a party denies that the court has subject-matter jurisdiction, it becomes the duty and the burden of the party claiming that the

court has subject matter jurisdiction to provide evidence from the record of the case that the court holds subject-matter jurisdiction. *Bindell v City of Harvey*, 212 Ill.App.3d 1042, 571 N.E.2d 1017 (1st Dist. 1991) ("the burden of proving jurisdiction rests upon the party asserting it.").

Until the plaintiff submits uncontroversial evidence of subject-matter jurisdiction to the court that the court has subject-matter jurisdiction, the court is proceeding without subject-matter jurisdiction. *Loos v American Energy Savers, Inc.*, 168 Ill.App.3d 558, 522 N.E.2d 841(1988)("Where jurisdiction is contested, the burden of establishing it rests upon the plaintiff.").

The law places the duty and burden of subject-matter jurisdiction upon the plaintiff. Should the court attempt to place the burden upon the defendant, the court has acted against the law, violates the defendant's due process rights, and the judge under court decisions has immediately lost subject-matter jurisdiction. In a court of limited jurisdiction, the court must proceed exactly according to the law or statute under which it operates. *Flake v Pretzel*, 381 Ill. 498, 46 N.E.2d 375 (1943) ("the actions, being statutory proceedings, ...were void for want of power to make them.") ("The judgments were based on orders which were void because the court exceeded its jurisdiction in entering them. Where a court, after acquiring jurisdiction of a subject matter, as here, transcends the limits of the jurisdiction conferred, its judgment is void."); *Armstrong v Obucino*, 300 Ill. 140, 143, 133 N.E. 58 (1921) ("The doctrine that where a court has once acquired jurisdiction it has a right to decide every question which arises in the cause, and its judgment or decree, however erroneous, cannot be collaterally assailed, is only correct when the court proceeds according to the established modes governing the class to which the case belongs and does not transcend in the extent and character of its judgment or decree the law or statute which is applicable to it." *In Interest of M.V.*, 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997) ("Where a court's power to act is controlled by statute, the court is governed by the rules of limited jurisdiction, and courts exercising jurisdiction over such matters must proceed within the strictures of the statute."); *In re Marriage of Milliken*, 199 Ill.App.3d 813, 557 N.E.2d 591 (1st Dist. 1990) ("The jurisdiction  of a court in a dissolution proceeding is limited to that conferred by statute."); *Vulcan Materials Co. v. Bee Const. Co., Inc.*, 101 Ill.App.3d 30, 40, 427 N.E.2d 797 (1st Dist. 1981) ("Though a court be one of general jurisdiction, when its power to act on a particular matter is controlled by statute, the court is governed by the rules of limited jurisdiction.").

"There is no discretion to ignore  that lack of jurisdiction." *Joyce v. US*, 474 F2d 215.

"A universal principle as old as the law is that a proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property." *Norwood v. Renfield*, 34 C 329; *Ex parte Giambonini*, 49 P. 732.

"Jurisdiction is fundamental and a judgment rendered by a court that does not have jurisdiction to hear is void ab initio."  In Re Application of Wyatt, 300 P. 132; Re Cavitt, 118 P2d 846.

"Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term." *Dillon v. Dillon*, 187 P 27.

"A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance." *Rescue Army v. Municipal Court of Los Angeles*, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409.

"A departure by a court from those recognized and established requirements of law, however close apparent adherence to mere form in method of procedure, which has the effect of depriving one of a constitutional right, is an excess of jurisdiction." *Wuest v. Wuest,* 127 P2d 934, 937.

"Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." *Merritt v. Hunter*, C.A. Kansas 170 F2d 739. "the fact that the petitioner was released on a promise to appear before a magistrate for an arraignment, that fact is circumstance to be considered in determining whether in first instance there was a probable cause for the arrest." *Monroe v. Papa*, DC, Ill. 1963, 221 F Supp 685.

"Jurisdiction, once challenged, is to be proven, not by the court, but by the party attempting to assert jurisdiction. The burden of proof of jurisdiction lies with the asserter." See *McNutt v. GMAC*, 298 US 178. The origins of this doctrine of law may be found in *Maxfield's Lessee v. Levy*, 4 US 308.

"A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance." *Rescue Army* v. *Municipal Court of Los Angeles*, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409.

"Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather, should dismiss the action." *Melo* v. *US*, 505 F2d 1026.

"The law provides that once State and Federal jurisdiction has been challenged, it must be proven." --*Main v. Thiboutot*, 100 S. Ct. 2502 (1980).

"Once jurisdiction is challenged, it must be proven." --*Hagens v. Lavine*, 415 U.S. 533.

"Where there is absence of jurisdiction, all administrative and judicial proceedings are a nullity and confer no right, offer no protection, and afford no justification, and may be

rejected upon direct collateral attack." --*Thompson v. Tolmie*, 2 Pet. 157, 7 L.Ed. 381; *Griffith v. Frazier*, 8 Cr. 9, 3L. Ed. 471.


"No sanctions can be imposed absent proof of jurisdiction." --*Standard v. Olsen*, 74 S. Ct. 768; Title 5 U.S.C., Sec. 556 and 558 (b).


"The proponent of the rule has the burden of proof." --Title 5 U.S.C., Sec. 556 (d).


"Jurisdiction can be challenged at any time, even on final determination." --*Basso v. Utah Power & Light Co.*, 495 2nd 906 at 910.

"Mere good faith assertions of power and authority (jurisdiction) have been abolished." - *Owens v. The City of Independence,*

"A departure by a court from those recognized and established requirements of law, however close apparent adherence to mere form in method of procedure, which has the effect of depriving one of a constitutional right, is an excess of jurisdiction." --*Wuest* v. *Wuest*, 127 P2d 934, 937.

"In a court of limited jurisdiction, whenever a party denies that the court has subject-matter jurisdiction, it becomes the duty and the burden of the party claiming that the court has subject matter jurisdiction to provide evidence from the record of the case that the court holds subject-matter jurisdiction."

--*Bindell v City of Harvey*, 212 Ill.App.3d 1042, 571 N.E.2d 1017 (1st Dist. 1991) ("the burden of proving jurisdiction rests upon the party asserting it.").

"Until the plaintiff submits uncontroversial evidence of subject-matter jurisdiction to the court that the court has subject-matter jurisdiction, the court is proceeding without subject-matter jurisdiction."

--*Loos v American Energy Savers, Inc.*, 168 Ill.App.3d 558, 522 N.E.2d 841(1988)("Where jurisdiction is contested, the burden of establishing it rests upon the plaintiff.").


The law places the duty and burden of subject-matter jurisdiction upon the plaintiff. Should the court attempt to place the burden upon the defendant, the court has acted against the law, violates the defendant's due process rights, and the judge under court decisions has immediately lost subject-matter jurisdiction. In a court of limited jurisdiction, the court must proceed exactly according to the law or statute under which

24

it operates. --*Flake v Pretzel*, 381 Ill. 498, 46 N.E.2d 375 (1943) ("the actions, being statutory proceedings, ...were void for want of power to make them.") ("The judgments were based on orders which were void because the court exceeded its jurisdiction in entering them. Where a court, after acquiring jurisdiction of a subject matter, as here, transcends the limits of the jurisdiction conferred, its judgment is void."); *Armstrong v Obucino*, 300 Ill. 140, 143, 133 N.E. 58 (1921) "The doctrine that where a court has once acquired jurisdiction it has a right to decide every  question which arises in the cause, and its judgment or decree, however erroneous, cannot be collaterally assailed, is only correct when the court proceeds according to the established modes governing the class to which the case belongs and does not transcend in the extent and character of its judgment or decree the law or statute which is applicable to it." *In Interest of M.V.*, 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997) ("Where a court's power to act is controlled by statute, the court is governed by the rules of limited jurisdiction, and courts exercising jurisdiction over such matters must proceed within the strictures of the statute."); *In re Marriage of Milliken*, 199 Ill.App.3d 813, 557 N.E.2d 591 (1st Dist. 1990) ("The jurisdiction  of a court in a dissolution proceeding is limited to that conferred by statute."); *Vulcan Materials Co. v. Bee Const. Co., Inc.,* 101 Ill.App.3d 30, 40, 427 N.E.2d 797 (1st Dist. 1981) ("Though a court be one of general jurisdiction, when its power to act on a particular matter is controlled by statute, the court is governed by the rules of limited jurisdiction.");

## TABLE OF AUTHORITIES – LACK OF JUDICIAL IMMUNITY

Thus, neither Judges nor Government attorneys are above the law. See *United States v. Isaacs*, 493 F. 2d 1124, 1143 (7th Cir. 1974).  In our judicial system, few more serious threats to individual liberty can be imagined than a corrupt judge or judges acting in collusion outside of their judicial authority with the Executive Branch to deprive a citizen of his rights.

In *The Case of the Marshalsea*, 77 Eng. Rep. 1027 (K.B. 1613), Sir Edward Coke found that Article 39 of the Magna Carta restricted the power of judges to act outside of their jurisdiction such proceedings would be void, and actionable.

When a Court has (a) jurisdiction of the cause, and proceeds *inverso ordine* or erroneously, there the party who sues, or the officer or minister of the Court who executes the precept or process of the Court, no action lies against them. But (b) when the Court has not jurisdiction of the cause, there the whole proceeding is before a person

who is not a judge, and actions will lie against them without any regard of the precept or process . . . Id. 77 Eng. Rep. at 1038-41.

A majority of states including Virginia (see, Va. Code §8.01-195.3(3)), followed the English rule to find that a judge had no immunity from suit for acts outside of his judicial capacity or jurisdiction. Robert Craig Waters, 'Liability of Judicial Officers under Section 1983' 79 Yale L. J. (December 1969), pp. 326-27 and 29-30).

Also as early as 1806, in the United States there were recognized restrictions on the power judges, as well as the placing of liability on judges for acts outside of their jurisdiction. In *Wise v. Withers*, 7 U.S. (3 Cranch) 331 (1806), the Supreme Court confirmed the right to sue a judge for exercising authority beyond the jurisdiction authorized by statute.

In *Stump v. Sparkman*, 435 U.S. 349 at 360 (1978), the Supreme Court confirmed that a judge would be immune from suit only if he did not act outside of his judicial capacity and/or was not performing any act expressly prohibited by statute. See Block, *Stump v Sparkman* and the History of Judicial Immunity, 4980 Duke L.J. 879 (1980).

Judicial immunity may only extend to all judicial acts within the courts jurisdiction and judicial capacity, but it does not extend to either criminal acts, or acts outside of official capacity or in the 'clear absence of all jurisdiction.' see *Stump v. Sparkman* 435 U.S. 349 (1978).

"When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid Constitutional provisions or valid statutes expressly depriving him of jurisdiction or judicial capacity, judicial immunity is lost." --*Rankin v. Howard* 633 F.2d 844 (1980), *Den Zeller v. Rankin*, 101 S.Ct. 2020(1981).

As stated by the United States Supreme Court in *Piper v. Pearson*, 2 Gray 120, cited in *Bradley v. Fisher*, 13 Wall. 335, 20 L.Ed. 646 (1872), 'where there is no jurisdiction, there can be no discretion, for discretion is incident to jurisdiction.'

The constitutional requirement of due process of the law is indispensable:
"No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, **nor be deprived or life, liberty or property, without due process of law;** nor shall private property be taken for public use without just compensation."   Article V, National Constitution.

"A judgment can be void . . . where the court acts in a manner contrary to due process." -Am Jur 2d, §29 Void Judgments, p. 404.

"Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." --*Merritt* v. *Hunter*, C.A. Kansas 170 F2d 739.

"Moreover, all proceedings founded on the void judgment are themselves regarded as invalid." --*Olson v. Leith* 71 Wyo. 316, 257 P.2d 342.

"In criminal cases, certain constitutional errors require **automatic reversal**," see *State v. Schmit*, 273 Minn. 78, 88, 139 N.W.2d 800, 807 (1966).

## TABLE OF AUTHORITIES – RECIPROCAL IMMUNITY AND FOREIGN AGENT REGISTRATION

### UNITED STATES INTERNATIONAL ORGANIZATIONS IMMUNITIES ACT, PUBLIC LAW 79-291, 29 DECEMBER 1945

(Public Law 291-79th Congress)

### TITLE I

Section 2.

(b) International organizations, their property and their assets, wherever located and by whomsoever held, shall enjoy the same immunity from suit and every form of Judicial process as is enjoyed by foreign governments, except to the extent that such organizations may expressly waive their immunity for the purpose of any proceedings or by the terms of any contract.

(d) In so far as concerns customs duties and internal-revenue taxes imposed upon or by reason of importation, and the procedures in connexion therewith; the registration of foreign agents; and the treatment of official communications, the privileges, exemptions, and immunities to which international organizations shall be entitled shall be those accorded under similar circumstances to foreign governments.

Section 9.

The privileges, exemptions, and immunities of international organizations and of their officers and employees, and members of their families, suites, and servants, provided for in this title, shall be granted notwithstanding the fact that the similar privileges, exemptions, and immunities granted to a foreign government, its officers, or employees, may be conditioned upon the existence of reciprocity by that foreign government:

27

Provided, That nothing contained in this title shall be construed as precluding the Secretary of State from withdrawing the privileges exemptions, and immunities herein provided from persons who are nationals of any foreign country on the ground that such country is failing to accord corresponding privileges, exemptions, and immunities to citizens of the United States.

Also see 22 USC § 611 - FOREIGN RELATIONS AND INTERCOURSE; and, 22 USC § 612, Registration statement, concerning the absolute requirement of registration with the Attorney General as a "foreign principal," due to the undisputed status of the court and its alleged officers and employees as FOREIGN AGENTS, described *supra*. This requirement shall be deemed to include, but is not limited to, an affidavit of non-communist association.

5. The Petitioners well point out that statutory law, legal procedure and all court procedures fall under the Federal Debt Collection Procedure show the Defendants are operation in a Corporate capacity; The defendants have failed to provide and statement or document that they have not collected for the federal debt as this is what this case is about. The fraud on how the Defendants have collected this debt off of the Petitioner and the people.

## UNITED STATES CORPORATION

TITLE 28 > PART VI > CHAPTER 176 > SUBCHAPTER A > § 3002

§ 3002. Definitions **(15)** "United States" means—

**(A)** a Federal corporation;

**(B)** an agency, department, commission, board, or other entity of the United States; or

**(C)** an instrumentality of the United States.


6. The Petitioner will point out the Defendants by legal procedures and court procedure to operate under the corporate UNITED STATES umbrella as pre and the united states of the several fifty states. At no time has the defendants rebut these facts but remain silenced

CORPUS JURIS SECUNDUM VOL 20 SECTION 1785 DEFINE THE UNITED STATES AS A FOREIGN CORPORATION

TITLE 5 > PART I > CHAPTER 1 > § 103

§ 103. Government Corporation

For the purpose of this title—

**(1)** "Government corporation" means a corporation owned or controlled by the Government of the United States; and

**(2)** "Government controlled corporation" does not include a corporation owned by the Government of the United States.

United States v. Bevans, 16 U.S. 3 Wheat. 336 336 (1818)
*United States v. Cruikshank,* 92 U.S. 542 (1876).

HOOVEN & ALLISON CO. v. EVATT, OCTOBER TERM, 1944. Syllabus. 324 U.S.

7. The Petitioner will point out the Defendants are claiming this Court has no jurisdiction even thro the Defendants are the ones who placed this case into this Court That Fraud knowing that their action violated Due Process and Obstructed Justice and misuse of tax payer money . This violate 31 USC 3729. This allow the Petitioner the right under 31 USC 3730 Civil actions for false claims **Actions by Private Persons.—**

8. The Petitioners would like to point that none of the Defendants have file a Plead in to this Case even to have this Court to address their filing. Procedure required the Defendants to place a plead before the Court before asking for Dismissal they failed to follow procedure. The Petitioner is denied this same equal procedure violation in the Court. The Courts automatic places a plea on the record if the Petitioners fail or would refuse to do so.

**CRIMINAL RULE OF PROCEDURE Rule 11. IV. ARRAIGNMENT AND PREPARATION FOR TRIAL** > (4) Failure to Enter a Plea. If a defendant refuses to enter a plea or if a defendant organization fails to appear, the court must enter a plea of not guilty.)

**Failure to appear** is the legal term for the failure of a defendant or respondent to appear within the stated time before a tribunal as directed in a summons. Where the conduct alleged in the summons or complaint is an infraction or summary offence, failure to appear is a crime for which a bench-warrant can be issued if the defendant promised to appear. If the conduct alleged

is a tort or other cause for civil action, failure to appear generally results in a default judgment by

the court in favor of the plaintiff/petitioner.

## CONCLUSION AND *RECTUM ROGARE*

9. The Petitioners **demand** that this Court now remove this case to Homeland Security

Administrative Court, to be heard before the United States Coast Guard, and to place this issue

before the United States Committee for the Judiciary for a hearing. There are 12 Military

Districts laid out in this Nation under the control of the military. This nation has been under the

Emergency War Powers Act since 1933. Title 10 UCMJ is now the Ruling Authority in this

Nation. Title 10 USC §333: Major public emergencies; interference with State and Federal law.

**TITLE 10 > Subtitle A > PART I > CHAPTER 15 > § 333**. Interference with State and
Federal law: The President, by **using the militia** or the armed forces, or both, or by any other
means, shall take such measures as he considers necessary to suppress, in a State, any
insurrection, domestic violence, unlawful combination, or conspiracy, if it— (1) so hinders the
execution of the laws of that State, and of the United States within the State, that any part or
class of its people is deprived of a right, privilege, immunity, or protection named in the
Constitution and secured by law, **and the constituted authorities of that State are unable, fail,
or refuse to protect that right, privilege, or immunity, or to give that protection; or (2)
opposes or obstructs the execution of the laws of the United States or impedes the course of
justice under those laws. In any situation covered by clause (1), the State shall be
considered to have denied the equal protection of the laws secured by the Constitution.**

10. This case concerns the Administrative activity of the UNITED STATES corporation within

the ten-mile square of the District of Columbia, and the abuse and misuse of our military and the

people due to tax fraud. The Petitioners are covered under Title 31 USC §3729 False Claims as

Whistleblowers.

**TITLE 31 > SUBTITLE III > CHAPTER 37 > SUBCHAPTER III > § 3729**§ 3729. False claims

 **(a) Liability for Certain Acts.**— Any person who—

**(1)** knowingly presents, or causes to be presented, to an officer or employee of the United States Government or a member of the Armed Forces of the United States a false or fraudulent claim for payment or approval; **(2)** knowingly makes, uses, or causes to be made or used, a false record or statement to get a false or fraudulent claim paid or approved by the Government; **(3)** conspires to defraud the Government by getting a false or fraudulent claim allowed or paid;

The Petitioners are not stating that taxes are unconstitutional or constitutional, right or wrong. In fact, the Constitution does point out in Article I section 8, that taxes are needed. That is not the issue here. The issue is the misuse of how the defendants are collecting it. The phrase that Mr. Balentine used is quite correct: "is comprised of incomprehensible, baseless assertions and citations to disjointed and/or irrelevant legal authority," and the phrase the Honorable Judge Holeman used: "grammatically, logically and legally incomprehensible" in case No. 2009 CA 005391B is also correct and to the point.

That relief comes in a nature and cause by addressing the problem created by the Defendants and the Lawyers. After all, it is they who created these "incomprehensible, baseless assertions and citations to disjointed and/or irrelevant legal authority," and the "grammatically, logically and legally incomprehensible" system in which we all live.

It is a fact that, in every suit brought against the UNITED STATES in its official, individual, and private capacity, and now in its Corporate capacity, the defendants have always claimed that the Statutes, Codes, Regulations, Procedures, Congressional Acts, Supreme Court case law, are frivolous, incomprehensible, unintelligible. If this is in fact a true statement claimed by the Defendants and their Attorneys, then Defendants are guilty of false incarnation, embezzling federal funding, tax fraud, war crimes, hate crimes, R.I.C.O. violations, crimes

31

against humanity, multiple types of fraud, conspiracy, obstruction of justice, money laundering, perjury, and violation of multiple civil rights statutes against Millions of American people based on Statutes, Codes, Regulations, Procedures, Congressional Acts, Supreme Court case law, that are frivolous incomprehensible, unintelligible. This is what the Defendants and their Attorneys have based their dismissal on. What the Defendants and their Attorneys have now stated is the whole system is nothing but a FRAUD and this is their DEFENSE.

WHEREAS, the facts and the law contained herein are before this court; and. WHEREAS, the facts and the law contained herein are the Truth; and WHEREAS, we hold said Truths to be self-evident; and, WHEREAS, self-evident Truths are undisputed and incontrovertible, no oral argument is requested, for no words can alter or overcome these Truths; and, WHEREAS, Truth is Sovereign: She comes from God and bears His message, from whatever quarter her great eyes may look down upon you; Psalms 117:2; John 8:32; II Corinthians. 13:8; THEREFORE; this court must perform its duty under the Rule of Law, do Justice, *Rectum Rogare,* and Notify Homeland Security / Coast Guard  the above-captioned case without delay for "Justice delayed is Justice denied."

> *Rectum Rogare* - "to do right; to petition the judge to do right." --Black's Law Dictionary 4th edition.

ALL RIGHT RESERVED TO AMEND WITH OUT LEAVE OF COURT

David Lee; Buess

Private Attorney General
22014 Delaware Township Road 184
Arlington, Ohio [45814]

419 694 5796

Private Attorney General Seal

Rodney Dale; Class
Private Attorney General
P.O. Box 435
High Shoals, North Carolina [28077]
704 742 3123



## PROOF OF SERVICE

I,  David Lee; Buess & Rodney Dale; Class come with, **OBJECTION TO GEORGE ARTHUR MC ANDREWS & SAMUEL J. SHAMES FILING AS FRIVOLOUS.**this being placed before the Clerk of Court of the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA on this day of _____2-8_____ and month of _____Dec_____ in the year of our Lord 2009 AD. Service will be delivered by U.S.P.S. certified mail with green card return.

David Lee; Buess
Private Attorney General
22014 Delaware Township Road 184
Arlington, Ohio  [45814]
419 694 5796

Rodney Dale; Class
Private Attorney General
P. O. Box 435
High Shoals, North Carolina [28077]
704 742 3123


Cc: Christopher Wright Sanders
U.S. DEPARTMENT OF JUSTICE
Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC  20044

Franchise Corporation
STATE OF OHIO dba Corporation
LAW FIRM RICHARD CORDRAY
30 E. Broad Street, 17th Floor
Columbus, OH 43215

Employee of Corporation
REGINALD J. ROUTSON
300 South Main StreetFindlay, Ohio 45840

Franchise Corporation

STATE OF NORTH CAROLINA dba Corporation
LAW FIRM ROY COOPER
9001 Mail Service Center
Raleigh, NC 27699-9001

Employee of Corporation
GASTON COUNTY dba Corporation
TAX DEPARTMENT
P.O. Box 1578 Gastonia, NC 28053-1578
                    Defendants


Secretary Janet Napolitano
Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**Rep. Bennie G. Thompson**
U.S. House of Representatives
Committee on Homeland Security
Washington, D.C. 20515

Coast Guard Headquarters
Commandant, U.S. Coast Guard,
2100 Second Street, SW,
Washington, DC 20593

Fort Bragg CID Office
Colonel David B. Le Mank
Building 8-1221 Randolph Street
Fort Bragg, NC 28307-5000