# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID LEE BUESS and RODNEY DALE CLASS, | : : Case No.: 1:09-cv-02151- HHK |
| Petitioners | : : Judge Henry K. Kennedy, Jr. |
| vs. | : : |
| UNITED STATES dba CORPORATION, | : : |
| Defendants | : |

**DEFENDANT THE HONORABLE JUDGE REGINALD J. ROUTSON'S RESPONSE TO PETITIONERS' SECOND OBJECTION**

Petitioners have filed, without leave of court, a second response to Judge Routson's Motion to Dismiss. The filing, captioned as a "Second Objection to Aaron L. Handelman's (sic) and Justin Flint's Filing as Frivolous," ("Second Objection") is essentially an unapproved Sur-Reply. The filing is procedurally inappropriate, unpersuasive, and redundant; therefore, Judge Routson respectfully requests this Court reject Petitioners' Second Objection and dismiss all claims against him with prejudice.

**Analysis**

Petitioners' Second Objection raises many of the same arguments presented in the Petitioners' first Objection to Judge Routson's Motion to Dismiss. For that reason, Judge Routson incorporates, as if fully stated herein, the arguments presented in his Reply in Support of his Motion to Dismiss.

To the extent Petitioners raise new allegations against Judge Routson's counsel, those claims must be dismissed by this Court. Petitioners argue counsel failed to follow Rule 11 of the

Federal Rules of Civil Procedure and IRS Code Rule 23,[1] because they did not include an original signature on their previously-filed documents. Petitioners claim this is fraud on the Court. However, Judge Routson's counsel has fully complied with all local and federal rules. Local Rule 5.4(b)(4) provides:

> The use of a CM/ECF password to login and submit documents creates an electronic record that operates and serves as the signature of the person to whom the password is assigned for all purposes under the Federal Rules of Civil Procedure and the Local Rules of this Court.

Accordingly, when counsel electronically filed documents in this case, counsel was in compliance with all required rules. Petitioners' argument to the contrary is without merit and must be rejected by the Court.

**Conclusion**

Based on the foregoing, Judge Routson respectfully requests this Court reject Petitioners' Second Objection and dismiss all claims against him with prejudice.

                                                    Respectfully submitted,

                                                    /s/ Justin Flint_____
AARON HANDLEMAN (48728)
JUSTIN FLINT (491782)
ECCLESTON & WOLF
*Counsel for Defendant*
*Judge Reginald J. Routson*
2001 S Street, N.W.
Suite 310
Washington, D.C. 20009
Tel: 202-857-1696
Fax: 202-857-0762
E-mail: handleman@ewdc.com, flint@ewdc.com

And

---

[1] This Code section is inapplicable to this case; rather, the rule applies to cases filed in the United States Tax Court. *See* Internal Revenue Code, Appendix, Title II, Rule 10(a).

OF COUNSEL:

KIMBERLY VANOVER RILEY
LISA M. ZARING
MONTGOMERY, RENNIE & JONSON
*Of Counsel for Defendant*
*Judge Reginald J. Routson*
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202
Tel.: 513-241-4722
Fax: 513-241-8775
E-mail: kriley@mrjlaw.com;
lzaring@mrjlaw.com

## CERTIFICATE OF SERVICE

On December 30th, 2009, I electronically filed a copy of the foregoing **Response to Petitioners' Second Objection** on behalf of the Honorable Judge Reginald J. Routson. Notice of this filing will be sent to all parties through the Court's electronic filing system. Parties may access this filing through the Court's system.

I also served a copy of the foregoing upon the following parties via regular U.S. Mail, first-class postage prepaid:

David Lee Buess
22014 Delaware Township Rd., # 184
Arlington, OH  45814
*Pro se Plaintiff*

Rodney Dale Class
P.O. Box 435
High Shoals, NC 28077
*Pro se Plaintiff*

Richard Cordray
Ohio Attorney General
30 E. Broad Street, 17th Floor
Columbus, OH 43215
*Defendant*

                                               **/s/ Justin M. Flint**
                                               Justin Flint