UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID LEE BUESS,<br><br>    and<br><br>RODNEY DALE CLASS<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA d/b/a CORPORATION, et al.,<br><br>            Defendants. | Civil Action 09-02151  (HHK) |

ORDER DIRECTING PLAINTIFFS TO RESPOND TO
DEFENDANTS' MOTIONS TO DISMISS

This matter comes before the Court upon defendant Gaston County's and defendant the State of Ohio's motions to dismiss plaintiffs' complaint [## 19, 24].  In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." *Id*. at 509.

Accordingly, it is by the Court this 4th day of February 2010, hereby

**ORDERED** that plaintiffs file an opposition to defendants' motions on or before February 24, 2010.  If plaintiffs fail to file a response or opposition to defendants' motions by this deadline, the Court may enter judgment in favor of defendants.  *See* LCvR 7(b).

                                        Henry H. Kennedy, Jr.
                                        United States District Judge